# Exhibit A



(C) 1995 Christopher Fitzgerald