AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

Christopher FITZGERALD

v.

CBS BROADCASTING, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-12138 NG**

TO: (Name and Address of Defendant)

CBS Broadcasting, Inc.
1170 Soldier's Field Road
Boston, MA 02135

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Andrew D. Epstein, Esquire
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

BY DEPUTY CLERK

DATE __10/12/2004__



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

_____
Deputy Sheriff