UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CHRISTOPHER FITZGERALD )
)
Plaintiff, )
)
v. )  CIVIL ACTION
)  NO. 04CV12138-NG
CBS BROADCASTING, INC. )
)
Defendant. )

---

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CBS BROADCASTING INC.

Pursuant to Local Rule 7.3, defendant CBS Broadcasting Inc. hereby states that it is an indirect, wholly owned subsidiary of Viacom Inc., a publicly traded company. No public company other than Viacom Inc. owns an ownership interest in CBS Broadcasting, Inc.

**CBS BROADCASTING INC.**

By its attorneys,

*/s/ Jonathan M. Albano*
Jonathan M. Albano BBO# 013850
Mary B. Murrane BBO# 644448
**BINGHAM DANA LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on December 23, 2004.

*/s/ Jonathan M. Albano*
Jonathan M. Albano

LITDOCS/581337.1