UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD<br><br>      Plaintiff,<br><br>  v.<br><br>CBS BROADCASTING, INC.<br><br>      Defendant. | CIVIL ACTION<br>NO. 04CV12138-NG |

### DEFENDANT'S PROPOSED JOINDER TO PLAINTIFF'S STATEMENT PURSUANT TO FED. R. CIV. P. 16(b) AND LOCAL RULE 16.1

Defendant CBS Broadcasting, Inc., respectfully seeks leave to join in the plaintiff's Statement Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, filed on March 21, 2005. As grounds therefor, defendant states that the parties are in agreement on the terms of a joint statement, as contained in plaintiff's filing, but that defendant's counsel (Jonathan M. Albano) did not contact plaintiff's counsel on March 21 in sufficient time for the initial filing to be made jointly. Accordingly, defendant seeks leave to join in the plaintiff's statement pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1.

                    **CBS BROADCASTING INC.**

                    By its attorneys,


                    /s/ Mary B. Murrane
                    Jonathan M. Albano, BBO#013850
                    Mary B. Murrane, BBO# 644448
                    **BINGHAM MCCUTCHEN LLP**
                    150 Federal Street
                    Boston, MA 02110
                    (617) 951-8000

DATED: March 22, 2005

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 22, 2005.

    /s/ Mary B. Murrane