UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | C.A. No. 04-cv-12138-NG |
| CBS BROADCASTING, INC., ) | |
| ) | |
| Defendant ) | |

PLAINTIFF'S STATEMENT PURSUANT TO
FED. R. CIV. P. 16(b) and LOCAL RULE 16.1

In accordance with the Court's "Notice Setting Scheduling Conference", dated February 24, 2005, Plaintiff submits this Statement.

(1) **Discovery Plan**

Plaintiff suggests that "phased discovery", as defined in L.R. 16.1(D)(1)(b), is an appropriate procedure in this action for copyright infringement. Plaintiff will be propounding Interrogatories seeking the names of witnesses with knowledge or information relevant to the subject matter of the action, the computation of damages, and the existence, custodian, location and general description of relevant documents and other physical evidence, or information of a similar nature. The Plaintiff will also seek such information as will form the basis of affirmative defenses claimed. Plaintiff will also serve Requests for Documents. The Plaintiff proposes that discovery commence immediately.

The second phase of discovery is to conclude at the end of three (3) months after the scheduling order was entered. At this time, the parties will discuss the feasibility of participating in an alternative dispute resolution program.

If the action cannot be resolved by alternative means, the parties will complete their discovery in preparation for trial. This last phase of discovery will include depositions, requests for admissions and the identification of experts and disclosure of information regarding experts.

If the parties fail to settle this matter, they request a trial date in December 2005.

### (2) Schedule for Filing Motions

Amendments to the pleadings and additional parties to be added will be by motion filed no later than sixty (60) days after the scheduling order enters. Dispositive motions will be filed no later than two weeks prior to the date of trial.

### (3) Certification of Counsel

Plaintiff's counsel can certify that he has conferred with his client about (a) establishing a budget for the costs of litigation (both full course and alternative courses) and (b) resolving this action by alternative dispute resolution.

### SUMMARY OF DISCOVERY PLAN

(Starting date is date of initial Scheduling Conference, namely March 28, 2005.)

(a) Each party to provide information required by L.R. 26.1 (b) to be completed within thirty (30) days.

(b) Amendments of pleadings and additional parties added within sixty (60) days.

(c) Interrogatories and Requests for Documents directed toward case assessment served within sixty (60) days.

(d) Dispositive motions filed within two (2) weeks before trial date.

(e) Depositions completed within one (1) month before trial date.

(f) Discussion of referral to alternative dispute resolution program by July 25, 2005.

(g) If resolution fails, complete discovery in preparation for trial by November 30, 2005.

(h) Trial date requested: December 2005.

Plaintiff,
by his attorney

Andrew D. Epstein, Esq.
BBO #155140
Barker, Epstein & Loscocco
Ten Winthrop Square
Boston, MA 02110
617-482-4900
Photolaw@AOL.com

I certify I have served a copy of the foregoing by-mail-hand-telecopier upon all counsel of record.

3/21/05
Date    ANDREW D. EPSTEIN, Esq.