UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER FITZGERALD<br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CBS BROADCASTING INC.<br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO.  04-CV-12138-NG |

**LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), defendant CBS Broadcasting Inc. ("CBS") certifies as follows:

CBS has conferred with its outside counsel with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and to consider the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 (such as the use of a mini-trial, a summary jury trial, or mediation).

| | |
|---|---|
| **CBS BROADCASTING INC.,** | **CBS BROADCASTING INC.,** |
| | By its attorneys, |
| /s/ Naomi B. Waltman | /s/ Mary B. Murrane |
| Naomi B. Waltman, Esq. | Jonathan M. Albano, BBO#013850 |
| Vice President, Counsel | Mary B. Murrane, BBO# 644448 |
| **VIACOM, INC.** | **BINGHAM MCCUTCHEN LLP** |
| 1515 Broadway, 51st Floor | 150 Federal Street |
| New York, New York  10036 | Boston, MA  02110 |
| (212) 846-3636 | (617) 951-8000 |

DATED:  March 23, 2005