UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD<br>      Plaintiff,<br><br>    v.<br><br>CBS BROADCASTING INC.<br>      Defendant. | CIVIL ACTION<br>NO. 04-CV-12138-NG |

## JOINT MOTION FOR STAY PENDING MEDIATION AND REQUEST FOR CONTINUANCE OF NOVEMBER 3, 2005 STATUS CONFERENCE

Plaintiff Christopher Fitzgerald ("Fitzgerald") and defendant CBS Broadcasting Inc. ("CBS") (collectively, the "Parties") hereby request that the Court enter a stay for a period of sixty (60) days while the Parties schedule and conduct a mediation with the goal of resolving the litigation. The Parties further request that the Court continue the status conference currently scheduled for November 3, 2005 to a date after January 1, 2006, by which time the parties expect to have conducted a mediation. As grounds for this motion the Parties state as follows:

1. Early in the litigation the Parties anticipated conducting a mediation once certain paper discovery was exchanged by Fitzgerald and CBS.

2. The Parties believe that mediation is appropriate at this juncture with the exchange of the paper discovery as agreed upon by the Parties, and to avoid unnecessary discovery expense would like to conduct a mediation before deposition discovery.

3. Accordingly, the Parties request the Court stay discovery for a period of sixty (60) days to allow the Parties time to conduct a mediation and, if mediation fails, only then take deposition discovery.

LITDOCS/618797.1

4.	Further, Parties request that the status conference currently scheduled for November 3, 2005 be continued until some time after January 1, 2006 at which time the Parties can report on the mediation and any outstanding discovery.

WHEREFORE, plaintiff Christopher Fitzgerald and defendant CBS Broadcasting Inc. hereby request that the Court enter a stay for a period of sixty (60) days and that the Court continue the status conference currently scheduled for November 3, 2005 to a date after January 1, 2006

| **CHRISTOPHER FITZGERALD,** | **CBS BROADCASTING INC.,** |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Andrew D. Epstein | /s/Jonathan M. Albano |
| Andrew D. Epstein, BBO#155-140 | Jonathan M. Albano, BBO#013850 |
| **BARKER, EPSTEIN & LOSCOCCO** | Mary B. Murrane, BBO# 644448 |
| 10 Winthrop Square | **BINGHAM MCCUTCHEN LLP** |
| Boston, MA 02110 | 150 Federal Street |
| (617) 482-4900 | Boston, MA 02110 |
| | (617) 951-8000 |

Dated: October 26, 2005