UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | No. 04-12138-NG |
| CBS BROADCASTING, INC., ) | |
| ) | |
| Defendant ) | |

JOINT MOTION TO REFER THIS ACTION
TO MAGISTRATE JUDGE COLLINGS FOR MEDIATION

Plaintiff, Christopher Fitzgerald and Defendant, CBS Broadcasting, Inc., jointly move to have the court refer this Action to Magistrate Judge Collings for Mediation.

| | |
|---|---|
| Christopher Fitzgerald, | CBS Broadcasting, Inc. |
| By his Attorney, | By its Attorney, |
| | |
| s/ Andrew D. Epstein | s/ Jonathan M. Albano |
| | |
| Andrew D. Epstein, Esq. | Jonathan M. Albano, Esq. (BBO #013850) |
| BBO #155140 | Mary B. Murrane, Esq. (BBO #644448) |
| Barker, Epstein & Loscocco | Bingham McCutchen LLP |
| Ten Winthrop Square | 150 Federal Street |
| Boston, MA 02110 | Boston, MA 02110 |
| 617-482-4900 | 617-951-8000 |