UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER FITZGERALD<br>      Plaintiff,<br><br>  v.<br><br>CBS BROADCASTING INC.<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04-CV-12138-NG |

**JOINT MOTION FOR CONTINUANCE OF MEDIATION**

  Plaintiff Christopher Fitzgerald ("Fitzgerald") and defendant CBS Broadcasting Inc. ("CBS") (collectively, the "Parties") hereby request that Magistrate Judge Robert B. Collings continue the mediation currently scheduled with him for February 24, 2006 until February 28, March 1, or March 2, 2006, or such other date convenient for Judge Collings.  The Parties request the continuance because the company representative for CBS participating in the mediation will be out of state on a previously scheduled family vacation on the currently scheduled mediation date.

  WHEREFORE, plaintiff Christopher Fitzgerald and defendant CBS Broadcasting Inc. hereby request that Magistrate Judge Robert B. Collings continue the mediation currently scheduled with him for February 24, 2006 until February 28, March 1, or March 2, 2006, or such other date convenient for Judge Collings.

LITDOCS/628133.1

| | |
|---|---|
| **CHRISTOPHER FITZGERALD,** | **CBS BROADCASTING INC.,** |
| By his attorney, | By its attorneys, |
| /s/ Andrew D. Epstein | /s/ Mary B. Murrane _____ |
| Andrew D. Epstein, BBO#155140 | Jonathan M. Albano, BBO#013850 |
| **BARKER, EPSTEIN & LOSCOCCO** | Mary B. Murrane, BBO# 644448 |
| 10 Winthrop Square | **BINGHAM MCCUTCHEN LLP** |
| Boston, MA  02110 | 150 Federal Street |
| (617) 482-4900 | Boston, MA  02110 |
| | (617) 951-8000 |

Dated:  January 30, 2006