# United States District Court
# District of Massachusetts

CHRISTOPHER FITZGERALD,
    Plaintiff,

v.                                    CIVIL ACTION NO. 2004-12138-NG

CBS BROADCASTING, INC.,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On March 8, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL                              \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

[X]     Further attempts to settle this case at this time would not be productive. Further progress might be possible once a legal determination is made as to whether the case involves just one use or two uses (CBS 4 and Channel 38) of the copyrighted picture(s), since such a decision will determine the maximum statutory damages which can be awarded at trial. However, at this point, the case should be returned to your trial list.

<u>March 8, 2006</u>                                            *Robert B. Collings*
    DATE                                                  ROBERT B. COLLINGS
                                                           United States Magistrate Judge

Copy to:     Judge Gertner
                  Rebecca Tyler, Esquire
                  Counsel for all parties.