UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD<br>                           Plaintiff,<br><br>               v.<br><br>CBS BROADCASTING INC.<br>                           Defendant. | CIVIL ACTION<br>NO. 04-CV-12138-NG |

## **PROPOSED JOINT SCHEDULING ORDER**

Plaintiff Christopher Fitzgerald ("Fitzgerald") and defendant CBS Broadcasting Inc. ("CBS") (collectively, the "Parties") hereby submit this proposed Joint Scheduling Order:

1. **Fact Discovery:** All document requests and interrogatories shall be served on or before June 15, 2006. All fact depositions shall be completed on or before June 30, 2006. Requests to admit may be served no later than 90 days prior to trial.

2. **Summary Judgment:** Motions pursuant to Fed. R. Civ. P. 56 shall be filed on or before August 4, 2006. A summary judgment hearing will be scheduled on such date as is convenient for the Court.

3. **Expert Discovery:** Disclosures of Expert Testimony pursuant to Fed. R. Civ. P. 26(a)(2), if any, shall be served on August 15, 2006, with rebuttal expert disclosures, if any, served on September 15, 2006. All expert depositions, if any, shall be completed on or before November 15, 2006.

4. **Final Pretrial Conference and Trial:** A Pretrial Conference shall be set by the Court for a date after the ruling on summary judgment motions, with a trial date set at the Court's earliest convenience thereafter.

Respectfully submitted,

| CHRISTOPHER FITZGERALD, | CBS BROADCASTING INC., |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Andrew D. Epstein | /s/ Mary B. Murrane |
| Andrew D. Epstein, BBO#155140 | Jonathan M. Albano, BBO#013850 |
| **BARKER, EPSTEIN & LOSCOCCO** | Mary B. Murrane, BBO# 644448 |
| 10 Winthrop Square | **BINGHAM MCCUTCHEN LLP** |
| Boston, MA 02110 | 150 Federal Street |
| (617) 482-4900 | Boston, MA 02110 |
| | (617) 951-8000 |

Dated: March 17, 2006

So Ordered:

_____
The Honorable Nancy Gertner

Dated: _____