UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CBS BROADCASTING INC., )<br>)<br>Defendant ) | CIVIL ACTION NO.<br><br>04-CV-12138-NG |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above-captioned action jointly move this Court for an order amending the scheduling order in this matter. As grounds for this Motion, Plaintiff Christopher Fitzgerald and Defendant CBS Broadcasting Inc. (the "Parties") state as follows:

The Parties have conducted considerable paper discovery to date, including two sets of interrogatories and requests for documents. Both Parties attempted to schedule depositions within the time limitations of the present scheduling order, but because of vacations and unavailability of counsel, the depositions cannot be scheduled until July. Plaintiff has scheduled a Rule 30(b)(6) deposition of the Defendant for July 11, 2006, and Defendant has scheduled a deposition of Plaintiff on July 13, 2006. Accordingly, the Parties jointly request that the scheduling order be amended as follows:

LITDOCS/646160.1

- **Fact Discovery** -- All fact discovery shall be complete by August 31, 2006, except that Requests to Admit may be served up to and including 90 days prior to trial.

- **Summary Judgment** -- Motions pursuant to Fed. R. Civ. P. 56 shall be filed on or before September 8, 2006. A summary judgment hearing will be scheduled on such date as is convenient for the Court.

- **Expert Testimony** -- Disclosures of Expert Testimony pursuant to Fed. R. Civ. P. 26(a)(2), if any, shall be served on September 22, 2006, with rebuttal disclosures, if any, served on October 23, 2006. All expert depositions, if any, shall be completed on or before December 22, 2006.

The Parties state that the requested amendment to the scheduling order anticipates only a one month delay of the summary judgment briefing schedule and of the expert report and discovery schedule from the current scheduling order entered in this matter. The Parties further state that the requested extension shall not prejudice either party in this matter.

WHEREFORE, Plaintiff Christopher Fitzgerald and Defendant CBS Broadcasting Inc. jointly move that the scheduling order be amended as follows:.

(a) <u>Fact Discovery</u> -- All fact discovery shall be complete by August 31, 2006, except that Requests to Admit may be served up to and including 90 days prior to trial.

(b) <u>Summary Judgment</u> -- Motions pursuant to Fed. R. Civ. P. 56 shall be filed on or before September 8, 2006. A summary judgment hearing will be scheduled on such date as is convenient for the Court.

(c) <u>Expert Testimony</u> -- Disclosures of Expert Testimony pursuant to Fed. R. Civ. P. 26(a)(2), if any, shall be served on September 22, 2006, with rebuttal disclosures, if any, served on October 23, 2006. All expert depositions, if any, shall be completed on or before December 22, 2006.

LITDOCS/646160.1

Respectfully submitted,

| **CHRISTOPHER FITZGERALD,** | **CBS BROADCASTING INC.,** |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Andrew D. Epstein | /s/ Mary B. Murrane |
| Andrew D. Epstein, BBO#155140 | Jonathan M. Albano, BBO#013850 |
| **BARKER, EPSTEIN & LOSCOCCO** | Mary B. Murrane, BBO# 644448 |
| Ten Winthrop Square | **BINGHAM MCCUTCHEN LLP** |
| Boston, MA 02110 | 150 Federal Street |
| (617) 482-4900 | Boston, MA 02110 |
| | (617) 951-8000 |

Dated: June 29, 2006