**stopher Fitzgerald, Photographer**

8 High Street #4 • North Grafton, MA 01536 • USA
Telephone & Fax (508) 839-5920
Digital Pager (508) 391-8817



One of two faxed Pages to Heady Gold

# Stock Photography Contract
## (March 16, 1998)

Christopher Fitzgerald, photographer, and Heddy [Heady crossed out] Gold, director of business HG affairs for CBS News, agree to the following terms regarding the broadcast on *Sixty Minutes* of two still photographs depicting suspect Stephen Flemmi being led away by Massachusetts state troopers:

1. For the sum of $800.00, Christopher Fitzgerald has granted *Sixty Minutes* the non exclusive right to broadcast one single screen exposure of both photos on one segment of the program.

2. For the sum of $280.00, Christopher Fitzgerald has granted *Sixty Minutes* the non exclusive right to re-broadcast a single screen exposure of both photos on one follow up broadcast of the same or a related segment.

3. For the sum of $170.00, Christopher Fitzgerald has granted *Sixty Minutes* the non exclusive right to include the photos in foreign broadcasts of the segments which first appeared on television in the United States.

4. For the sum of $25.00, Christopher Fitzgerald has granted *Sixty Minutes* the non exclusive right to include the photos in airline flight presentations of the segments which first appeared on television in the USA.

5. For the sum of $25.00, Christopher Fitzgerald has granted *Sixty Minutes* the non exclusive right to include the photographs in video sales of the two segments in which the photos were aired.

6. This contract does not grant CBS or its affiliates the permission to re-publish these photos on other televised programs or in other media. Additional uses and re-broadcasts of the photographs, beyond the terms of this agreement (which totals $1,300.00), would require further negotiation.

_____ Christopher Fitzgerald

_____ Heddy [Heady crossed out] Gold