UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD, )<br>)<br>Plaintiff ) <br>) <br>v. ) <br>) <br>CBS BROADCASTING, INC., ) <br>) <br>Defendant ) <br>) | CIVIL ACTION NO.<br><br>No. 04-12138-NG |

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS
AND THINGS TO THE DEFENDANT
(Third Set)

**A. Instructions and Definitions**

Please refer to the Instructions and Definitions, which are contained in Plaintiff's Interrogatories to the Defendant (First Series) which are incorporated herein as if they had been restated in their entirety. In addition, wherever the word "defendant" is used herein, said term shall include CBS Broadcasting, Inc. and all of its predecessors and parent and subsidiary companies, including but not limited to Viacom, Inc. and all television stations and television networks, such as the Columbia Broadcasting System that are owned or controlled by Viacom.

**B. Documents Requested**

You are hereby requested to produce the following documents and things within thirty (30) days after service of this request.

1. Complete copy of the publication entitled CBS News Standards, a portion of which was marked as Exhibit 28 in the deposition of Jennifer Street conducted in this Action on July 19, 2006.

2. Originals or copies of any and all documents upon which you rely which gave WBZ-TV Channel 4 Boston any permission or authority to record the 60 Minutes program that was first broadcast by the CBS Television Network on May 10, 1998.

3. Originals or copies of all documents referenced in any of your answers to Plaintiff's Second Series of Interrogatories propounded in this Action.

|  |  |
|---|---|
|  | Christopher Fitzgerald, By his Attorney, |
|  | /s/ Andrew D. Epstein |
|  | _____ |
| July 27, 2006 | Andrew D. Epstein, Esquire <br> BBO #155-140 <br> Barker, Epstein & Loscocco <br> 10 Winthrop Square <br> Boston, MA 02110 <br> (617) 482-4900 <br> FAX: (617) 426-5251 <br> Photolaw@AOL.com |