UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CBS BROADCASTING, INC., )<br>)<br>Defendant ) | CIVIL ACTION NO.<br><br>No. 04-12138-NG |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Counsel for Plaintiff hereby certifies that he has called and emailed Defendant on several occasions to discuss Plaintiff's Motion to propound more than twenty-five (25) interrogatories and to serve more than two (2) sets of requests for documents. On July 28, 2006, Defendant responded that the document requests were fine but that that the Defendant was not inclined to assent to the additional interrogatories.

                                                CHRISTOPHER FITZGERALD,
By his attorney,

/s/ Andrew D. Epstein

July 31, 2006                        Andrew D. Epstein, Esquire
BBO #155-140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
(617) 482-4900
FAX: (617) 426-5251