UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CHRISTOPHER FITZGERALD, )
)
Plaintiff )
) CIVIL ACTION NO.
v. )
) 04-CV-12138-NG
CBS BROADCASTING INC., )
)
Defendant )

### MOTION OF DEFENDANT CBS BROADCASTING INC. FOR PROTECTIVE ORDER

Defendant CBS Broadcasting Inc. ("CBS") hereby moves that this Court enter a protective order quashing the depositions of Eric Cox and Tom Janssen noticed by plaintiff in the above-referenced action for August 23, 2006 at 10:00 a.m. and 2:00 p.m., respectively. These depositions are noticed either to obtain duplicative discovery or to obtain discovery irrelevant to this case. In either scenario, the depositions are improper and should be quashed. In support of this motion, CBS relies upon Defendant's Memorandum in Opposition to Plaintiff's Motion for Leave to Propound More than Twenty-Five Interrogatories and to Serve a Third Set of Requests for Documents and in Support of Defendant's Motion for Protective Order.

Respectfully submitted,

**CBS BROADCASTING INC.,**

By its attorneys,

/s/ Mary B. Murrane
Jonathan M. Albano, BBO#013850
Mary B. Murrane, BBO# 644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated: August 14, 2006