UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                    )
CHRISTOPHER FITZGERALD,             )
                                    )
                    Plaintiff       )
                                    )          CIVIL ACTION NO.
v.                                  )
                                    )          04-CV-12138-NG
CBS BROADCASTING INC.,              )
                                    )
                    Defendant       )
_____)

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION REGARDING MOTION OF DEFENDANT CBS BROADCASTING INC. FOR PROTECTIVE ORDER

I hereby certify that on August 14, 2006 Mary B. Murrane, counsel for defendant CBS Broadcasting, Inc. conferred with Andrew D. Epstein, counsel for plaintiff Christopher Fitzgerald, in accordance with Local Rule 7.1.  Plaintiff does not assent to the Motion of Defendant CBS Broadcasting, Inc. for Protective Order.


                                       /s/ Mary B. Murrane_____

                                      Mary B. Murrane


Dated:  August 14, 2006