# Exhibit A



**VA 900-332**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America


OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION
2 / 10 / 98
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼    NATURE OF THIS WORK ▼ See instructions

Stephen Flemmi        Photograph

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

The Boston Globe

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼ Saturday, 1/7/95    On Pages ▼ One (1)

**2 a**  NAME OF AUTHOR ▼    DATES OF BIRTH AND DEATH
        Year Born ▼    Year Died ▼

Christopher Fitzgerald

Was this contribution to the work a "work made for hire"?
[ ] Yes
[X] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  [X] Yes  [ ] No
Pseudonymous? [ ] Yes  [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
[ ] 3-Dimensional sculpture    [ ] Map    [ ] Technical drawing
[ ] 2-Dimensional artwork    [X] Photograph    [ ] Text
[ ] Reproduction of work of art    [ ] Jewelry design    [ ] Architectural work
[ ] Design on sheetlike material

NAME OF AUTHOR ▼    DATES OF BIRTH AND DEATH
        Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  [ ] Yes  [ ] No
Pseudonymous? [ ] Yes  [ ] No

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
[ ] 3-Dimensional sculpture    [ ] Map    [ ] Technical drawing
[ ] 2-Dimensional artwork    [ ] Photograph    [ ] Text
[ ] Reproduction of work of art    [ ] Jewelry design    [ ] Architectural work
[ ] Design on sheetlike material

**3 a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given  ◀ Year  in all cases.
1995

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 7    Year ▶ 1995
USA ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Christopher Fitzgerald
8 High Street, #4    North Grafton, MA 01536

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
FEB. 10. 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB. 10. 1998
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY JM | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Andrew D. Epstein
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110

Area Code and Telephone Number ▶ (617) 482-4900

Be sure to give your daytime phone number

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Christopher Fitzgerald
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andrew D. Epstein as atty. and agent for Christopher Fitzgerald  Date ▶ 2/5/98

Handwritten signature (X) ▼

**9 MAIL CERTIFICATE TO**

Name ▼
Andrew D. Epstein
Number/Street/Apt ▼
Barker, Epstein & Loscocco   10 Winthrop Square
City/State/ZIP ▼
Boston, MA 02110

Certificate will be mailed in window envelope

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

July 1993—300,000   ♻ PRINTED ON RECYCLED PAPER    ☆ U.S. GOVERNMENT PRINTING OFFICE 1993-342-582/80,021