# Exhibit D

**Christopher Fitzgerald, Photographer**

8 High Street #4 • North Grafton, MA 01536 • USA
Telephone & Fax (508) 839-5920
Digital Pager (508) 391-8817

# Stock Photo Invoice

(Soc. Sec. # 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)
(March 18, 1998)

Company:             CBS News/Sixty Minutes (Heddy Gold)
Stock Photographs:   Suspected Mobster Stephen Flemmi/Two Photos
Date of Contract:    March 16, 1998
Date of Delivery:    March 18, 1998

Rate                 $1,300.00 (Sixty Minutes, non exclusive rights)
                     800.00: Initial broadcast/USA
                     280.00: One follow up broadcast/USA
                     170.00: Foreign broadcasts
                     25.00: In flight presentations
                     25.00: Video Sales

Expenses:            $0.00

**Total: $1,300.00**

Thank you,

*Christopher Fitzgerald*
Christopher Fitzgerald