# Exhibit E

**Fitzgerald, Photographer**

8 High Street #4 • North Grafton, MA 01536 • USA
Telephone & Fax (508) 839-5920
Digital Pager (508) 391-8817

March 18, 1998

Ms. Lisa Binns, Producer
Sixty Minutes
555 West 57th Street (9th floor)
New York, NY 10019

Dear Ms. Binns,

Here are the two stock photographs that you requested of suspected mobster Stephen Flemmi.

As a reminder, I would be grateful if you could include a copyright notice in the show credits. I am leery of other news organizations gleaning the photos without permission, especially since these are the only topical photos—still or video—which exist of Mr. Flemmi (at least to the best of my knowledge).

The white envelope contains the invoice for Heddy Gold, with whom I negotiated the contract.

I look forward to watching the broadcast. In the meantime, your informing me of the date would be appreciated.

Best Wishes,

Christopher Fitzgerald