# Exhibit H

Case 1:04-cv-12138-NG    Document 22-9    Filed 08/28/2006    Page 1 of 2

5. Answering paragraph 4 of the complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, except admits that a document entitled certificate of registration is annexed to the complaint as Exhibit B, and refers to the document for the contents thereof.

6. Answering the allegations of the first sentence of paragraph 5, defendant admits that it broadcast a portion of the Photograph (as defined in plaintiff's complaint) on or about June 24 and June 25, 2004, admits that it did so on certain other occasions, denies that plaintiff's permission or authority was required to do so, and denies any remaining allegations contained therein. Answering the second sentence of paragraph 5, defendant admits that a portion of the Photograph was posted on the CBS4 website, denies that plaintiff's permission or authority was required to do so, and denies any remaining allegations contained therein. Answering the allegations of the third sentence of paragraph 5, defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

1. The acts complained of by the plaintiff constitute a fair use of a copyrighted work under 17 U.S.C. §107.

2. The acts complained of by the plaintiff constitute a lawful use of a photograph in connection with news reports pursuant to 17 U.S.C. §113(c).

3. The acts complained of by the plaintiff are privileged under the First Amendment to the United States Constitution.

4. Plaintiff has waived his claims by permitting widespread publications and broadcasts of the photograph at issue.

5. Defendant has not infringed and is not now infringing any valid copyright of plaintiff.

6. Plaintiff's complaint fails to state a claim upon which relief may be granted.

**WHEREFORE**, defendant requests that:

LITDOCS/581337.1