# Exhibit I

```
                                                              9
 1   1987 until June of 1990.  In June of 1990, I came to
 2   work for WBZ-TV in Boston, as a writer, a news writer.
 3   You have to tell me how --
 4       Q.   I will ask you more questions.
 5            How long did you continue as a news
 6   writer?
 7       A.   For one year.
 8       Q.   And what did you do after that?
 9       A.   I became the producer of the Morning News
10   which at that time was a one-hour program that aired
11   from 6:00 to 7:00 in the morning on WBZ.
12       Q.   What were your functions as producer?
13       A.   I wrote the newscast.  I decided in what order
14   stories would appear.  I was responsible for what we
15   call, the teases, the clips that go into the show.
16            In my capacity as Morning News producer,
17   I was in charge of the newsroom during the overnight
18   hours.  There was no manager above me, although there
19   were managers on-call.
20       Q.   A lot of responsibility for a young woman.
21       A.   Yes, it is.
22       Q.   You actually wrote the --
23       A.   I had a writer that worked with me.
24       Q.   Good example of waiting until I finished the
```

```
                                                             10
 1   question.
 2       A.   Sorry.
 3       Q.   So did you write all the news and commentaries
 4   that would be broadcast on --
 5       A.   I would not define it as commentary.  I would
 6   define it as news writing, but yes.
 7       Q.   Did you have any assistance?
 8       A.   I had a writer who worked with me.
 9       Q.   Who was your superior at the time?
10       A.   The news director was a gentleman named Stan
11   Hopkins for a few months while I was the producer.
12   Following that, a gentleman named Jeff Barlett was my
13   news director while I was the producer of the Morning
14   News.  I couldn't tell you exact years.
15       Q.   How long did you continue in the role as
16   producer of the Morning News?
17       A.   Until 1994.
18       Q.   Where did you go?
19       A.   I became the producer of the 5:30 newscast on
20   WBZ.
21       Q.   And what did that job entail?
22       A.   The duties were similar.  It was a shorter
23   newscast.  It was a half-hour show, for which I was
24   responsible for the lining up of the stories and most of
```

```
                                                             15
 1       Q.   Yes, that's one question.
 2       A.   In most cases.
 3       Q.   And in most cases, do you have a preference as
 4   to how quick which different videos or images or still
 5   photographs or illustrations go up on the screen?
 6       A.   I could not generalize that with a broad
 7   answer.
 8       Q.   Okay.
 9       A.   It depends on each case.
10       Q.   So after you became the producer of the 5:30
11   News, what was your next position?
12       A.   I became the producer of the 11 o'clock News.
13       Q.   And when was that, approximately?
14       A.   That was approximately in 1995.
15       Q.   What were your duties as the producer of the
16   11:00 p.m. News starting in 1995?
17       A.   Very similar to my duties as the producer of
18   the Morning News and the producer of the 5:30.  I was
19   responsible for the lineup of the show, for choosing the
20   words and pictures that went into the newscast.
21       Q.   Who was your superior at that time?
22       A.   Peter Brown was the news director.
23       Q.   Is he still with the station?
24       A.   He left the station two years and two months
```

```
                                                             16
 1   ago.
 2       Q.   Where did he go?
 3       A.   He is the vice president of communications for
 4   Brigham and Women's Hospital in Boston.  I believe
 5   that's his title.
 6       Q.   Thank you.
 7            And how long did you continue as the
 8   producer of the 11:00 p.m. News?
 9       A.   Approximately, 18 months.
10       Q.   What happened after 18 months?
11       A.   I became the producer of the 6 O'clock News.
12       Q.   How long is that news program?
13       A.   At the time, the 6 O'clock News was a one-hour
14   news program.
15       Q.   Did you do the same basic things of the
16   6:00 p.m. News as producer of the 11:00 p.m. and 5:30
17   a.m. News?
18       A.   I did.
19       Q.   And the Morning News?
20       A.   I did.
21       Q.   And after your 18-month tenure as producer of
22   the 6:00 p.m. News, where did you go?
23       A.   My 18-month tenure was as producer of the
24   11 O'clock News.  I was producer of the 6 O'clock
```

```
                                                    17
 1   News --
 2      Q.   I'm sorry, you're right?
 3      A.   -- for about 18 months.
 4           And in 1997, I became the executive
 5   producer in charge of the 11 O'clock News.
 6      Q.   What is the difference between being the
 7   executive producer of the 11:00 p.m. News and the
 8   producer?
 9      A.   I was the supervisor in charge -- I became a
10   news manager, and was the supervisor in charge of the
11   newsroom for what we call, the nightside.  My duties
12   were to supervise the anchors, the reporters, the
13   producers of the program, the writers, the editors.
14           While I did not write the newscast, I
15   copy-edited the newscast and was responsible,
16   ultimately, for all material that aired on that show.
17      Q.   With respect to WBZ and the television
18   industry in general, especially in the Boston market, is
19   there particular time slot that's more important than
20   any other particular time slot?
21      A.   I would say the 6 and 11 O'clock newscasts in
22   the mid-'90's carried more weight than other newscasts.
23      Q.   Let's talk about the late 1990's and the early
24   2000's; does the same hold true?
```

```
                                                    18
 1      A.   I would add the morning newscast to that
 2   higher priority.
 3      Q.   Would you say they're all about equal?
 4      A.   Yes.
 5      Q.   And when you say, They're All About Equal, is
 6   that in terms of revenue that is generated by the
 7   newscast or any other criteria?
 8      A.   I'm not talking about revenue.  I'm talking
 9   about stature, if you will, as perceived by the people
10   who work in the newsroom.
11      Q.   Now, is that stature within the industry
12   amongst your colleagues; is that what you're talking
13   about?
14      A.   Yes.
15      Q.   Did you hold any positions after you were
16   executive producer of the 11:00 p.m. News?
17      A.   Yes, I became the executive producer the
18   dayside news.  I was in charge of the day-to-day
19   operations for the Noon newscast, the 5 O'clock and 5:30
20   newscasts, and the 6 O'clock newscast; same general job
21   description as the nightside executive producer.
22      Q.   And how long did you continue in that
23   position?
24      A.   For five years.
```

```
                                                    19
 1      Q.   What happened after five years?
 2      A.   I became the assistant news director.
 3      Q.   What were your duties as the assistant news
 4   director?
 5      A.   That's a great question.  I was the No. 2 in
 6   charge of the newsroom, of all the news operations for
 7   both WBZ-TV and WSBK-TV.
 8      Q.   Who was your superior when you were first
 9   appointed assistant news director?
10      A.   Matt Ellis, who was at that time, news
11   director.
12      Q.   Where is Mr. Ellis now?
13      A.   I believe he owns his own public relations
14   firm.
15      Q.   In the Boston area?
16      A.   Yes, it's in the Boston area.  And I believe
17   it's called Matt Ellis Associates or something like
18   that, but his name is the name of the company.
19      Q.   Was there a news director between Peter Brown
20   and Matt Ellis?
21      A.   No.
22      Q.   And did you get any other job at WBZ after you
23   were the assistant news director?
24      A.   In July of 2005, I became the acting news
```

```
                                                    20
 1   director and became the news director in full title in
 2   November of 2005.
 3      Q.   The press release indicated that you were
 4   named the assistant news director in September of 2004.
 5   It was actually in July?
 6      A.   No, I didn't talk about the date I became
 7   assistant news director.  That was approximately fall of
 8   2004.
 9      Q.   So that's approximately right?
10      A.   About nine months later, I became the acting
11   news director and my title changed to simply news
12   director in November of 2005.
13      Q.   Okay.  Great.
14           MS. MURRANE:  Can we go off for the record a
15   second?
16           (Exhibit 3 Marked for Identification)
17   BY MR. EPSTEIN:
18      Q.   Now you are here today because I sent out a
19   Notice of Taking Deposition originally asking for you to
20   come into the office, to my office, at 10 o'clock on
21   Thursday, May 25th of this year.  And because of
22   scheduling problems and most recently because of the
23   Big Dig fiasco about a week ago, we've agreed that you
24   could come here today rather than on the appointed date.
```

Page 22

```
 1   A.  I spoke with Mary Murrane.
 2   Q.  Okay.  Did you talk to anybody else?
 3   A.  Yes, I spoke to Eric Cox, the newsroom
 4 librarian, and I spoke with Tom Janssen.
 5   Q.  J-A-N-S-E-N?
 6   A.  Two Ss.
 7   Q.  And I'm sorry, Tom Janssen is who?
 8   A.  Video manager is his title.  He's Eric's
 9 supervisor.
10   Q.  Okay.  Thank you.  Anyone else you spoke to?
11   A.  Not in preparation for this deposition.
12   Q.  Who did you speak to: Eric Cox or Tom
13 Janssen?
14   A.  I spoke with both of them.
15   Q.  At the same time?
16   A.  No, I'm sorry.  I spoke with Eric -- I don't
17 remember the order in which I spoke to them.
18   Q.  What was your conversation, as best you can
19 recall with, Eric?
20   A.  I simply wanted -- Eric and I had talked about
21 this over the last year in preparation for this.  I
22 simply wanted to confirm that we still record 60 Minutes
23 as a matter of practice.
24   Q.  And do you?
```

LegaLink Boston, a Merrill Company
(617) 542-0039

Page 37

```
 1   Q.  Do you have that arrangement with the Boston
 2 Globe also?
 3   A.  Yes.  None of this, I would say, is a
 4 formalized arrangement.
 5   Q.  What if Channel 5 or Channel 7 wanted to use a
 6 news footage you had an exclusive on, could they use it?
 7   A.  I cannot imagine a circumstance in which I
 8 would say yes in which you had an exclusive use on.
 9   Q.  Was that the policy in effect in 1995, as well
10 as in 1998 and 2004?
11       MS. MURRANE:  Objection.  I'm just not sure
12    what policy we're talking about.
13 BY MR. EPSTEIN:
14   Q.  Was the policy you could use photographs from
15 either The Globe or The Herald or other newspapers, the
16 same in 1995, 1998 and 2004, to the best of your
17 knowledge?
18   A.  I would not call it a policy.  I would call it
19 an informal arrangement, but yes, it has not changed.
20   Q.  Now, in your answer to interrogatory No. 3,
21 that were propounded to the defendant in this action on
22 behalf of Chris Fitzgerald, you stated that after
23 Mr. Fitzgerald commenced his 1998 lawsuit against CBS,
24 CBS instructed its librarian to review all archive tapes
```

LegaLink Boston, a Merrill Company
(617) 542-0039

Page 38

Jennifer Street    07/19/2006

```
 1 in the station's library and remove any images of the
 2 Flemmi photographs, Exhibits 1 and 2.
 3       Who was the librarian at the time; do you
 4 know?
 5   A.  Eric Cox was the librarian.
 6   Q.  And he's still the librarian?
 7   A.  Correct.
 8   Q.  You went on to say that the message was sent
 9 via internal e-mail to all staff instructing them to
10 search their individual files for copies of the Flemmi
11 photographs, that is Exhibits 1 and 2, and to destroy
12 any tape in which the photograph was used.
13       Do you have a copy of that internal
14 e-mail?
15   A.  I do not.
16   Q.  Did you look for one?
17   A.  I did.
18   Q.  And is there any way you can go through
19 electronic records at CBS to find a copy of that e-mail?
20   A.  I believe that that was done during the first
21 lawsuit.  I'm quite certain it does not exist.
22   Q.  And how did you come to know that you think it
23 was done during the first lawsuit?
24   A.  Through discussions that I had in
```

LegaLink Boston, a Merrill Company
(617) 542-0039

Page 39

Jennifer Street    07/19/2006

```
 1 preparation -- well, in preparation for this deposition,
 2 but a year ago when I began meeting with Mary.
 3   Q.  And who did you talk to about that?
 4   A.  I actually spoke to the former news director,
 5 Peter Brown, who had fairly intimate knowledge about the
 6 lawsuit.
 7   Q.  You testified this morning, and you also
 8 stated in your answer to the interrogatory, that CBS 4
 9 routinely records a copy of all 60 Minutes' broadcasts.
10       And they do that even if there are no
11 stories of local or regional news; is that correct?
12   A.  That's correct.
13   Q.  And to the best of your knowledge, the library
14 at 1170 Soldiers Field Road has copies of all 60
15 Minutes' broadcasts in-house?
16   A.  Of all?
17   Q.  Yes.
18   A.  They get held on to for several months and
19 then the tapes get recycled.
20   Q.  How many months do you keep them?
21   A.  I don't know the exact time period; say
22 approximately six.
23   Q.  If you ever needed a copy of a 60 Minutes
24 broadcast from, say, 10 years ago, could you get a copy?
```

LegaLink Boston, a Merrill Company
(617) 542-0039

                                                      43
1   road again. This is regarding the first 1998 lawsuit,
2   we did not want to --
3       Q.  When you say, It Was Purged, from where was it
4   purged from?
5       A.  From the library. The original 60 Minutes'
6   recording was tossed out.
7       Q.  Now, was it physically tossed out or was it
8   used and re-recorded?
9       A.  I don't know.
10      Q.  And do you know what the practice at WBZ-TV is
11  when they have television shows they record off the
12  Network but have no further need for it?
13      A.  Depending on the age of the tape, the tape
14  might be what we called, blacked over.
15      Q.  I'm sorry, what was the word?
16      A.  Blacked over. Black is laid over the original
17  recording, and then the tape is used again to record
18  something else. If the tape has reached its recycle
19  date, it's throws out. It's thrown away.
20      Q.  And do you know what the lifetime is for a
21  tape that you would record these shows on?
22      A.  For shows that are recorded once a week, the
23  life span is probably about a year.
24      Q.  And that's the life span to record and

                                                      44
1   re-record?
2       A.  Correct.
3       Q.  But not to keep within the library?
4       A.  Correct.
5       Q.  Now, you said that on information and belief
6   an employee of CBS 4 used the copy of the 60 Minutes'
7   broadcast before it was purged to create a pitch reel on
8   organized crime that appeared -- that included one or
9   two both of these photographs of Stephen Flemmi that
10  have been marked as Exhibit 1 and 2.
11          Who provided the information and how did
12  you come to have the belief that you have?
13      A.  I came to have the belief I have because the
14  tape exists. As to who made that recording, we call it
15  a dub. Who dubbed that tape, I have no knowledge nor
16  does our tape librarian or our video manager.
17          We do not know who did it.
18      Q.  Do you have any idea when it was done?
19      A.  I could only speculate it was very shortly
20  after broadcast because the tape was purged shortly
21  after that.
22      Q.  Shortly after the broadcast, when?
23      A.  The May broadcast of the 60 Minutes.
24      Q.  You stated in your answers to interrogatories

                                                      50
1           Did you happen to count the number of
2   times the photograph appeared in the story?
3       A.  I saw this photograph five times. I don't
4   believe I saw that photograph.
5       Q.  You saw Exhibit 1, five times, and you don't
6   believe you saw Exhibit 2 at all?
7       A.  I don't believe I did.
8       Q.  Now, you provided us with what you've
9   described as a pitch reel.
10          Do either of these three pages that I'm
11  showing you now, Miss Street, have anything to do with
12  the pitch reel?
13      A.  Yes. How would you like me to identify the
14  pages?
15      Q.  Well, the page that is mostly white with very
16  little black on it, let's start with that one.
17      A.  This looks like an entry that would go into
18  the file of our in-house computer system.
19      Q.  You also have paper copies of what's in the
20  computer system or just computer documents?
21      A.  It's really only computerized now.
22      Q.  So this is a printout of what's on the
23  computer?
24      A.  This is a printout of a computer file.

                                                      51
1       Q.  And could you tell us what it says, please?
2       A.  It says that the slug of the tape, which is
3   the title of the tape, is New England 60 Minutes. It is
4   characterized under the section in our library called,
5   Crime. It says, Video not good; and I don't know what
6   that is in reference to.
7       Q.  Okay. And underneath that?
8       A.  It says, Bulger/Flemmi, which is simply the
9   space here where this is written notes on what's on the
10  tape.
11      Q.  And do you have a search function on the
12  computer at the WBZ library?
13      A.  Yes.
14      Q.  So if you searched for organized crime in
15  Massachusetts, would this entry come up on the screen?
16      A.  No, I believe that you would have to use the
17  words, New England or 60 Minutes, for this to come up on
18  the video screen.
19      Q.  So if you typed the word, Bulger, this entry
20  would not come up on the screen?
21      A.  No, I believe that any of the words that have
22  been entered into, not the form, any of the words that
23  have been entered into this would come up on the search.
24      Q.  Including the word, Bulger?

Jennifer Street                                           07/19/2006

                                                              52
 1      A.   Yes.
 2      Q.   Including the word, Flemmi?
 3      A.   Yes.
 4           MS. MURRANE:  Are we going to mark this as a
 5   new exhibit?
 6           MR. EPSTEIN:  Yes, yes.
 7   BY MR. EPSTEIN:
 8      Q.   And when it says, Shelf 2B, what does that
 9   indicate?
10      A.   I don't know for certain, but I believe it
11   indicates where the library would find it.
12      Q.   And where it says, Submitted by Crime/2C, what
13   does that signify?
14      A.   I don't know.
15      Q.   When it says on August 18th, 2000, 11:29:17,
16   what does that signify?
17      A.   I believe that is the time stamp for the last
18   time this entry was used.
19      Q.   That's on the same line with Submitted By?
20      A.   Right.
21      Q.   Did you ask your librarian, Mr. Cox, what the
22   significance of these entries are?
23      A.   I did not.  I have not had that conversation
24   with him, so I'm speaking from other experience.

                LegaLink Boston, a Merrill Company
                         (617) 542-0039

---

Jennifer Street                                           07/19/2006

                                                              53
 1      Q.   So in your experience you do not know what
 2   Submitted By with Crime/2C means?
 3      A.   Correct.  This is a form that Eric has taken,
 4   a form to create his computer archive that is not
 5   necessarily -- let me start again.
 6           MS. MURRANE:  What's the question?
 7           MR. EPSTEIN:  She was doing very well with the
 8   question.
 9           MS. MURRANE:  What's the question that's
10   posed?
11      A.   This form is not the form that's standard for
12   a library archive.  This is a form that we use as a
13   matter of standard practice in what I call our desk
14   file.  This is a form that is used when we take story
15   tips.
16      Q.   What's a story tip?
17      A.   When Attorney Epstein calls us and says, Hey,
18   a tile just fell in the Big Dig, you might want to get a
19   camera out there, a story is filed.  Eric had taken --
20   computer system had taken that form to create his own
21   computer archive.
22      Q.   And so to save it, Submitted By and On means
23   something specific to the library archive?
24      A.   I don't believe it does.

                LegaLink Boston, a Merrill Company
                         (617) 542-0039

---

Jennifer Street                                           07/19/2006

                                                              54
 1      Q.   But you never asked?
 2      A.   Submitted by, Crime/2C?
 3      Q.   You didn't ask Eric Cox --
 4      A.   I have not.
 5      Q.   -- specifically what those notations mean?
 6      A.   I have not.
 7      Q.   And is Eric Cox the person who normally
 8   creates these tip sheets or whatever you call it?
 9      A.   Yes.  In the world of the library special
10   archives, he created the computer system and I believe
11   he did that around the year 2000.
12           MR. EPSTEIN:  Now, we can have it marked as
13      the next exhibit.
14           MS. MURRANE:  This one page or all of them?
15   I'm just asking so I can write it on my own notes.
16           MR. EPSTEIN:  I gave them to you because I'm
17      going to introduce them as exhibits.  So assume if
18      I give them to you, it's going to be marked.
19           MS. MURRANE:  I'm just want to know, just
20      clarify my own record.
21         (Exhibit 6 Marked for Identification)
22   BY MR. EPSTEIN:
23      Q.   Just referring back to Exhibit 6, one more
24   time, is there any other information that you can gain

                LegaLink Boston, a Merrill Company
                         (617) 542-0039

---

Jennifer Street                                           07/19/2006

                                                              59
 1      Q.   Who blacked them out?
 2      A.   I believe Eric Cox did.
 3      Q.   Did anyone tell him to black them out?
 4      A.   I was not the person who told him.  My
 5   knowledge of this case is that he was told sometime
 6   after the 1998 litigation or during the 1998 litigation
 7   to expunge any photo of Steve Flemmi, any Christopher
 8   Fitzgerald photo of Steve Flemmi that existed in our
 9   file tape system.
10      Q.   And you don't know who told him that, told him
11   to do it?
12      A.   I'm certain it was Peter Brown.
13      Q.   Did you talk to Peter Brown?
14      A.   When?
15      Q.   At any time after the first lawsuit was filed
16   against CBS?
17      A.   As a member of the news staff, I read the
18   e-mail and was told by news management, we were not to
19   use the Flemmi photograph.
20      Q.   After Peter Brown left the station, have you
21   spoken to him at all about this lawsuit?
22      A.   Once.
23      Q.   What was your conversation?
24      A.   I mentioned to him that we were back in

                LegaLink Boston, a Merrill Company
                         (617) 542-0039

Jennifer Street  07/19/2006

62

1  direct question I could answer. I think it's a
2  case-by-case basis.
3  Q. Was the picture of Stephen Flemmi extremely
4  newsworthy at the time of his arrest in 1995?
5  A. Probably.
6  Q. Was it extremely newsworthy three years later
7  in 1998, when he may have appeared in court?
8  A. Probably.
9  Q. Was it extremely newsworthy when WBZ, again,
10  used the picture in connection with the story about John
11  Martorano?
12  A. I believe it was. Martorano's plea agreement
13  was an extraordinary moment in the history of the mob
14  story in Boston.
15  Q. Why was it necessary to show a picture of
16  Stephen Flemmi at the time that Martorano was sentenced?
17  A. Martorano had learned that Stephen Flemmi and
18  Whitey Bulger were FBI informants. Martorano was the
19  man actually committing a lot of murders that Bulger and
20  Flemmi had sanctioned. So Martorano, to use slang,
21  flipped on them and made it possible in the eyes of the
22  prosecutors to get Flemmi and Bulger, and that was a
23  major turning point in this case.
24           In addition to that, Martorano was given

LegaLink Boston, a Merrill Company
(617) 542-0039

Jennifer Street  07/19/2006

63

1  what most of the public perceived as an incredibly light
2  sentence for the murders he committed. That is my
3  memory of the story.
4  Q. And what made the use of the image of Stephen
5  Flemmi extremely newsworthy that you would want to use
6  it in the story?
7  A. Well, for the couple of seconds that it was
8  up, it was the most recent image of Steve Flemmi that
9  existed, as far as I know, that wasn't a sketch.
10  Q. Why did the public need to see a picture of
11  Steve Flemmi?
12  A. Well, he's, in terms of crime figures in this
13  city, he's the second biggest crime figure this area has
14  ever seen.
15  Q. He's in jail. He's not at large, is he?
16  A. No, he's not.
17  Q. So is there any need for the public to -- the
18  audience that you broadcast to, to see a picture of
19  Stephen Flemmi on the --
20  A. I believe --
21  Q. -- Martorano story?
22  A. -- I believe in the context of a television
23  newscast that night, yes.
24  Q. Is that because television is a visual medium

LegaLink Boston, a Merrill Company
(617) 542-0039

Jennifer Street  07/19/2006

86

1      involvement in and her interpretation of that
2      document.
3          MR. EPSTEIN: CBS produced it as part of
4      discovery, so she can certainly -- is qualified to
5      comment on what she thinks it says.
6          MS. MURRANE: What she knows about it.
7  A. What I know about it is what I read here,
8  which is that 60 Minutes had the right to use the photos
9  on May 10th in their broadcast, and then if that
10  broadcast were to be repeated, as television shows often
11  are, those photos could be used again for that one-time
12  repeat. That they had the right to use it in an
13  international or foreign broadcast of 60 Minutes. They
14  had the right to use them if the 60 Minutes' piece were
15  to air on an airline flight presentation.
16  Q. How about video sales?
17  A. I'm going over that one again. I'm not
18  entirely sure what that means.
19  Q. I'm sorry?
20  A. I'm going to presume it means that when people
21  call 60 Minutes and ask for a copy of the broadcast,
22  they're allowed to give them the entire broadcast with
23  the photographs in it, but I don't know for sure on that
24  one.

LegaLink Boston, a Merrill Company
(617) 542-0039

Jennifer Street  07/19/2006

87

1  Q. Okay. Before we go on, does 60 Minutes
2  usually give away for free from its archives copies of a
3  60 Minutes' show or do they sell them?
4  A. They probably sell them; most networks do.
5  And then the final point is that the contract does not
6  grant CBS rights or its affiliates rights to use the
7  pictures.
8          MR. EPSTEIN: Can I have this marked as the
9      next exhibit, please.
10         (Exhibit 15 Marked for Identification)
11  BY MR. EPSTEIN:
12  Q. I'm going to show you another document,
13  Miss Street, and ask you if you can identify this?
14  A. Sure. It's a letter written within the same
15  week as the contract from Christopher Fitzgerald to the
16  producer of the 60 Minutes piece, whose name is Lisa
17  Binns, asking if the copyright notice would appear on
18  the credits of the show.
19  Q. And what does Mr. Fitzgerald state about this
20  photograph?
21  A. The same sentence I read earlier. I'm leery
22  of other news organizations gleaning the photographs
23  without permission, especially since these are the only
24  topical photos, still or video, which exists of

LegaLink Boston, a Merrill Company
(617) 542-0039

106
1  television station that wanted to continue to do
2  litigation with Mr. Fitzgerald or yourself or anyone
3  else, and perhaps the safest way to ensure that didn't
4  happen would be not to make the recording.
5      Q.  And of course if the recording were never
6  made, a pitch reel would never have been made. And if
7  the pitch reel would never have been made, the June of
8  2004 broadcast of the news that contained Mr. Flemmi's
9  photograph would never have been aired; would you agree
10 with me?
11     A.  I thought about that many times. Yes, I
12 agree.
13     Q.  Would you agree with me that if the librarian
14 at WBZ, Eric Cox, was aware that Fitzgerald owned the
15 copyrights to the Flemmi photographs, and if he had a
16 copy of Exhibit 14, the Stock Photography Contract, he
17 probably would not have authorized a pitch reel to be
18 made?
19     MS. MURRANE:  Objection.
20     A.  He didn't know how to authorize a pitch reel
21 to be made.
22     Q.  Okay. Would he have authorized a copy of the
23 60 Minutes' broadcast to be made?
24     MS. MURRANE:  Objection.

116
1  that WBZ made a copy of the 60 Minutes' show from
2  May 10, 1998 at any time before or about the time that
3  this Mutual Settlement Agreement and Release was signed
4  by the parties?
5      A.  I have no idea.
6      Q.  Who would know?
7      A.  The question is, did WBZ disclose to 60
8  Minutes that we recorded the show?
9      Q.  Did WBZ ever disclose to CBS Corporation and
10 Network, that it made a copy of the 60 Minutes'
11 broadcast of May 10th, 1998 on or before October 23rd,
12 1999, the date that this Mutual Settlement and Release
13 was signed by the parties?
14     A.  I don't know. I don't know who would know. I
15 highly doubt it, if it was disclosed.
16     Q.  Why do you doubt it was disclosed?
17     A.  Because to the best of my knowledge, no one
18 really paid attention to that pitch reel. I don't know
19 how that pitch reel set up on the shelf. I don't know
20 who made the dub.
21     Q.  What about the original broadcast?
22     A.  Yeah, Eric got rid of it, but I don't know if
23 he would disclose to the CBS Corporation that we had
24 recorded it. Eric Cox would be the person to ask

117
1  because he's the one that got rid of the 60 Minutes'
2  tape.
3      Q.  And would you agree with me that the picture
4  that shows up in the 60 Minutes' photograph, is the
5  picture of Flemmi that appears in Exhibit No. 1?
6      A.  Yes, Exhibit 1.
7      Q.  And would you agree with me that the picture
8  of Flemmi that appears in Exhibit No. 2, is the only
9  image of Flemmi that appears on the tape marked Exhibit
10 No. 11, Flemmi photos from WBZ?
11     A.  Yes, I agree.
12     Q.  And do you have any knowledge of any uses of
13 the photo of Flemmi that appears in Exhibit No. 1 by WBZ
14 or UPN 38 at any time after this Mutual Settlement and
15 Release Agreement was signed on October 23rd, 1999,
16 other than the news broadcast that was broadcast in
17 June of 2004?
18     A.  No, I have no knowledge of any other use nor
19 do I believe it occurred.
20     Q.  So, would you agree with me that unless
21 Mr. Fitzgerald were told by CBS Corporation or the
22 Network or WBZ, that WBZ made a copy of the 60 Minutes'
23 broadcast and later made a pitch reel of that broadcast,
24 he would have no way of telling whether or not WBZ ever