UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CBS BROADCASTING, INC., )<br>)<br>Defendant ) | CIVIL ACTION NO.<br><br>No. 04-12138-NG |

**AFFIDAVIT OF CHRISTOPHER FITZGERALD IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

I, Christopher Fitzgerald, on oath depose and state as follows:

1. I have been a professional freelance photographer for many years.

2. On January 6, 1995, I was asked by the *Boston Globe* to go to the Framingham State Police barracks to photograph Stephen (the "Rifleman") Flemmi, who was being taken to an undisclosed location. I was able to take two photographs of Flemmi, one of him looking ahead to the right and one of him looking back to the left. I was the only photographer in Framingham at the time of Flemmi's transfer.

3. On the following day, one of my two photographs of Flemmi was published on the front page of the *Globe*.

4. I own the copyrights to both photographs which were registered with Copyright Office on February 10, 1998, under Copyright Registration Numbers VA900-332 and VAu411-320.

5.  To the best of my knowledge and belief, my Flemmi Photographs are rare images of Flemmi that are available for publication. I believe that Flemmi's official arrest photographs have never been released by the authorities.

6.  My Flemmi Photographs have been used and published on numerous occasions both with my permission and without my permission. I have aggressively pursued all claims for the unauthorized uses of my Flemmi Photographs. To date, I have earned $4,350 in licensing fees for <u>authorized</u> uses of my Flemmi Photographs, and $58,600 in settlements for <u>unauthorized</u> uses of my Flemmi Photographs, including a payment of $15,000 from CBS in 1999. Attached is an Exhibit listing all payments made for my Flemmi Photographs.

7.  In 1998, WBZ-TV, a CBS affiliate, used one of my Flemmi Photographs without my permission. In 1998, I made a claim against WBZ-TV through my lawyer, and later filed a lawsuit in this Court alleging that WBZ-TV copied one of my Flemmi Photographs from the *Boston Globe* and broadcast it on Channel 4 on numerous occasions without my permission. <u>See</u>, <u>Fitzgerald v. CBS Corporation</u>, US District Court, District of Massachusetts, Docket Number 98-11510-JLT (the "1998 Action").]

8.  In March 1998, while my lawsuit against WBZ-TV was pending, the CBS television network in New York, contacted me to see if CBS could get rights to use the Flemmi Photographs on *60 Minutes*, a nationally broadcast CBS television program. I licensed CBS to use both of my Flemmi Photographs on *60 Minutes*, each for "one single screen exposure." I did not grant CBS or its affiliates permission to use my

Flemmi Photographs anywhere else. I was concerned that other news organizations would get copies of my photographs and use them without permission.

9. When CBS broadcast the *60 Minutes* program with the story about Flemmi, I discovered that CBS used one of my Flemmi Photographs for a total of five single screen exposures, four exposures more than CBS was licensed to use the image. My lawyer amended my Complaint in the 1998 Action and alleged the further infringement of the Flemmi Photographs by CBS on *60 Minutes*. In November 1999, CBS and I settled the 1998 Action for $15,000.

10. I own a rare and valuable asset in the Flemmi Photographs and I have tried to carefully monitor and control all uses in order to prevent unauthorized uses and to preserve the continuing value of my Flemmi Photographs.

11. I did not know that WBZ-TV made an unauthorized copy of the *60 Minutes* broadcast in 1998 and that it made the so-called "Pitch Reel" from the *60 Minutes* tape until my lawyer received CBS's answers to interrogatories in this Action and I was told about it.

12. If I had known that WBZ-TV made a copy of the *60 Minutes* broadcast, I would have insisted that WBZ-TV destroy the tape as part of my Settlement with CBS.

Signed under the pains and penalties of perjury this 25th day of August 2006.

CHRISTOPHER FITZGERALD,

*/s/ Christopher J. Fitzgerald*



Commonwealth of Massachusetts

August 25, 2006

    Christopher Fitzgerald, whose voice is well known to me, affirmed by telephone that the statements in the above affidavit are true to the best of his knowledge and belief, except as to those matters that are based on knowledge and belief, which he states that he believes them to be true.

_____
Andrew D. Epstein
Notary Public
My Comm. Exp. Jan. 24, 2008

# EXHIBIT

### Income and Usage History of Steven Flemmi Photographs
(Dates are approximate)

$150.00:  Boston Globe, Page 1, January 7, 1995

$75.00:   Boston Globe file photo, Page A10 on June 7, 1997

$75.00:   Boston Globe file photo, Page B6 on June 26, 1997

$800.00:  America's Most Wanted broadcast on January 5, 1998

$75.00:   Boston Globe file photo, Page A10 on January 8, 1998

$75.00:   Boston Globe file photo, Page B3 on January 11, 1998

$1,300.00: Sixty Minutes TV broadcast on May 10, 1998

$175.00:  American Lawyer Magazine license on May 17, 1998

$75.00:   Boston Globe file photo, Page B8 on June 12, 1998

$75.00:   Boston Globe file photo, Page A7 on July 20, 1998

$125.00:  New York Times use, Page A7 on March 13, 1999

$100.00:  New York Times second use, sometime in Spring, 1999

$5,000.00:  Settlement on January 19, 2000 of infringement case against Boston Television station.

$1,600.00:  Settlement on May 19, 2001 of infringement case against newspaper.

$15,000.00:  Settlement on November 22, 1999 of infringement case against Boston Television Station & Network.

$10,000.00:  Settlement on June 22, 2001 of infringement case against Boston Television Station

$150.00:  Authorized re-use by UHF Boston Television Station on November 19, 2000.

$300.00:  Authorized re-uses by Boston Herald on May 15, 2001 and July 9, 2001.

$21,000.00: <u>Settlement</u> on August 17, 2001 of infringement case against UHF Boston Television Station.

$150.00: Payment on August 30, 2001 for unauthorized re-use of the photo by Local Newspaper.

$6,000.00: <u>Settlement</u> on May 2, 2002 for infringement case against local Boston newspaper for posting of one of the Flemmi Photographs on its website.

$800.00: Authorized rebroadcast by Television Network. Contract date was June 14, 2003.