UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | No. 04-12138-NG |
| CBS BROADCASTING, INC., ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Christopher Fitzgerald, Moves this Court for Partial Summary Judgment on the issues of 1) liability for copyright infringement, 2) willful copyright infringement, and 3) to refute all of Defendant's defenses. Fitzgerald maintains that there are no issues of material fact in dispute and that he should prevail as a matter of law on all three of these issues under Fed. R. Civ. P. 56 (c).

**REQUEST FOR ORAL ARGUMENT**

**Plaintiff believes that oral argument may assist the court and he wishes to be heard on this Motion.**

This action concerns the unauthorized use of a copyrighted photograph of the notorious mafia hit man, Stephen ("The Rifleman") Flemmi. Flemmi, who is now serving life in prison for numerous murders, was an associate of James "Whitey" Bulger, the fugitive mobster boss who heads the FBI's Most Wanted List. Fitzgerald, who is a

freelance professional photographer, took two photographs of Flemmi. Very few images of Flemmi are known to exist and Fitzgerald's photograph are rare and valuable.

Defendant was sued in this court in 1998 for infringing the same copyrighted photograph of Flemmi that is the subject of this Action. See, <u>Fitzgerald v. CBS Corporation</u>, US District Court, District of Massachusetts, Docket Number 98-11510-JLT (the "1998 Action"). While the 1998 Action was pending in this court, Defendant's local television station, WBZ-TV made an unauthorized and undisclosed recording of a *60 Minutes* television show that contained a copy of the Flemmi photograph. Defendant admits that this recording was the ultimate source of the photograph that was used by WBZ-TV without permission in a news broadcast in June 2004. Plaintiff further maintains that WBZ-TV was obligated to disclose the existence of the recording as part of the settlement agreement of the 1998 Action. WBZ-TV did not disclose the recording.

Plaintiff believes that Summary judgment is appropriate because the pleadings, the depositions, Defendant's answers to interrogatories, and Plaintiff's affidavit, show that there are no genuine issues as to any material facts and that Fitzgerald is entitled to partial summary judgment as a matter of law with respect to liability for copyright infringement, refuting all of Defendant's defenses and to establish that Defendant willfully infringed Fitzgerald's copyright.

                                                CHRISTOPHER FITZGERALD,
                                                By his attorney,

                                                /s/ Andrew D. Epstein
September 1, 2006                    Andrew D. Epstein, Esq. (155-140)
                                                Barker, Epstein & Loscocco
                                                10 Winthrop Square, Boston, MA 02110
                                                (617) 482-4900