# Exhibit G

-2-

3.  Stephanie Kord Miller
    Webmaster
    CBS 4, UPN 38

4.  Jennifer Street
    Acting News Director
    CBS 4, UPN 38

5.  Matt Ellis
    Former News Director
    CBS 4, UPN 38

**INTERROGATORY NO. 2:**

Please state when, how, where and from whom you first gained possession of the Photograph referred to in the Plaintiff's Complaint and please identify who gave you possession of same Photograph and in what form you received the Photograph, that is as a photographic print, in digital form, on a CD, as newspaper copy or the like, and if said Photograph was returned or given back to the Plaintiff, state when, how, and by whom it was returned, and under what circumstances.

**RESPONSE:**

CBS 4 (then known as WBZ-TV) first obtained a copy of the Photograph sometime in late 1997 or early 1998. The copy of the Photograph was obtained from an edition of The Boston Globe newspaper that carried no notice of any copyright.

**INTERROGATORY NO. 3:**

Please describe and identify, when, where, how, and under what circumstances and by whom the Photograph was stored, filed or archived by Defendant at all times while it has been in Defendant's possession, and state under what circumstances it was stored, filed or archived, and identify all persons who had access to the Photograph from the time it was first received by Defendant to date.

**RESPONSE:**

Defendant objects to this interrogatory to the extent it seeks information concerning claims previously released by the plaintiff in settling the case entitled *Fitzgerald v. CBS Corporation*, Civil Action No. 1:98-cv-11510-JLT (the "1998

-3-

Lawsuit") on the grounds that such information is neither relevant to nor calculated to lead to the discovery of evidence admissible in this action. Without waiving and subject to that objection, defendant answers this interrogatory as follows.

After the plaintiff commenced the 1998 Lawsuit, CBS 4 instructed its librarian to review all archive tapes in the station's library and remove any images of the Photograph. In addition, a message was sent via the internal e-mail system to all staff instructing them to search their individual files for copies of the Photograph and to destroy any tape in which the Photograph was used.

In May 1998, the national network program *60 Minutes* aired a copy of the Photograph. At that time, CBS 4 routinely recorded copies of all *60 Minutes* broadcasts to use as an internal resource in the event future news stories covered issues or events featured on *60 Minutes*. The May 1998 *60 Minutes* broadcast was, in accordance with that practice, recorded by CBS 4. This copy of the 60 Minutes broadcast was purged. However, upon information and belief, an employee of CBS 4 (whose identity is not known at this time) used the copy of the *60 Minutes* broadcast before it was purged to create a "pitch reel" on organized crime that included the Photograph as it appeared on *60 Minutes*. (A "pitch reel" is a tape organized by subject matter and used to facilitate the editing process of news reports on that subject matter).

In August 2000, the pitch reel containing a copy of the Photograph was placed in the video library housed at 1170 Soldiers Field Road and stored on a shelf in a section of the library housing tapes that contained mafia stories. The pitch reel was indexed "New England 60 Minutes," with the category "Crime" and the descriptor "Bulger/Flemmi." The library is maintained by a full-time librarian, but is accessible by employees of CBS

4 and UPN 38, including reporters, writers, creative services, graphics department, producers, and news editors.

**INTERROGATORY NO. 4:**

With reference to the previous interrogatory, please state how the Photograph was labeled, marked or categorized, such that you were able to find or retrieve the Photograph when it was used by the Defendant as alleged in Plaintiff's Complaint.

**RESPONSE:**

As described in more detail in the response to interrogatory three, the Photograph was contained on a pitch reel indexed "New England 60 Minutes," with the category "Crime" and the descriptor "Bulger/Flemmi." The pitch reel was stored on a shelf in a section of the station's video library housing other tapes that contained mafia stories.

**INTERROGATORY NO. 5:**

Please describe and identify where and how you used the Photograph at any time, including as part of your answer when, by whom, and under what circumstances the Photograph was used at all times to date. Also, as part of your answer to this interrogatory, please state whether you broadcast or used the Photograph in any way on WBZ-TV, Channel 4, Boston or any other television station owned or operated by you in or about June 2004, and state if you used the Photograph in or about June 2004, on Defendant's website?

**RESPONSE:**

Defendant objects to this interrogatory to the extent it seeks information concerning claims previously released by the plaintiff in settling the 1998 Lawsuit on the grounds that such information is neither relevant to nor calculated to lead to the discovery of evidence admissible in this action. Without waiving and subject to that objection, defendant answers this interrogatory as follows:

On June 24, 2004, reporter Christina Hager was preparing a news report regarding the sentencing of John Martorano on federal criminal charges. Martorano reportedly

agreed to cooperate with authorities after he learned that James "Whitey" Bulger, and Stephen "The Rifleman" Flemmi, were longtime FBI informants.

Hager and the Video Editor for the story, Scott Erdman, searched for a photo of Flemmi to use with the news report.  Because the Photograph had been eliminated from the video archives (as explained in answer to interrogatory three), Hager and Erdman were unable to find a photograph before the news report aired at 10:00 p.m. on the UPN 38 broadcast.  Between the time of the 10:00 p.m. UPN 38 news broadcast and the 11:00 p.m. CBS 4 news broadcast, Erdman continued his search for a photograph of Flemmi.  He reviewed an old file tape containing Boston organized crime material and found nothing.  He then returned to the library and as he searched the library shelves organized by subject matter, found in the mafia section the pitch reel described in answer to interrogatory 3.  This tape contained the Photograph, which was then used in the 11:00 p.m., June 24, 2004, CBS 4 broadcast.  Because CBS 4 rebroadcasts its 11:00 p.m. news program at 1:35 a.m. the following morning, the Photograph was rebroadcast at that time.  CBS believes that the Photograph was broadcast again when the news report concerning Martorano's sentencing was rebroadcast on June 25, 2004 at 5:00 a.m. and 6:00 a.m. on CBS 4 and again at 7:00 a.m. on UPN 38.

In addition, a link to the Martorano sentencing news report containing the Photograph was posted on the home page of the CBS 4 web site on June 25, 2004.  A web site user could link to a video clip of the news report via that posting.  The link to the Martorano news report was removed on or about June 29, 2004 and the video clip destroyed.