UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHRISTOPHER FITZGERALD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | No. 04-12138-NG |
| CBS BROADCASTING, INC., | ) | |
| | ) | |
| Defendant | ) | |

**ASSENTED TO MOTION OF PLAINTIFF FOR LEAVE TO FILE A SLIGHTLY OVERSIZED MEMORANDUM OF LAW**

Plaintiff, Christopher Fitzgerald, moves this court for leave to file a slightly oversized Memorandum of Law in support of his Motion for Partial Summary Judgment. The Memorandum is twenty-three (23) pages in length and exceeds the limits of Local Rule 7.1(B)(4) by just three (3) pages. Plaintiff has tried to keep his Memorandum under the twenty (20) page limit, and has edited the Memo numerous times, however, because of the complexity of the facts and issues involved, he has been unable to keep it to twenty pages. Plaintiff respectfully requests leave to file a slightly oversized Memorandum.

                                                                             CHRISTOPHER FITZGERALD,
                                                                             By his attorney,

                                                                             /s/ Andrew D. Epstein

September 1, 2006                           Andrew D. Epstein, Esq. (BBO #155-140)
                                                                         Barker, Epstein & Loscocco
                                                                             10 Winthrop Square

**Defendant assents to this Motion:**     Boston, MA  02110
                                                                             (617) 482-4900

/s/ Mary Murrane, Esquire