UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CBS BROADCASTING, INC., ) <br> ) <br> Defendant ) | CIVIL ACTION NO. <br><br> No. 04-12138-NG |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Counsel for Plaintiff hereby certifies that he has conferred with Defendant relative to Plaintiff's Motion for Partial Summary Judgment in an attempt to narrow the issues presented to the court in the Motion.

|  |  |
|---|---|
|  | CHRISTOPHER FITZGERALD, <br> By his attorney, <br><br> /s/ Andrew D. Epstein |
| September 1, 2006 | Andrew D. Epstein, Esquire <br> BBO #155-140 <br> Barker, Epstein & Loscocco <br> 10 Winthrop Square <br> Boston, MA  02110 <br> (617) 482-4900 <br> FAX: (617) 426-5251 |