UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                    )
CHRISTOPHER FITZGERALD,             )
                                    )
                 Plaintiff          )
                                    )    CIVIL ACTION NO.
v.                                  )
                                    )    04-CV-12138-NG
CBS BROADCASTING INC.,              )
                                    )
                 Defendant          )
_____)

## CBS BROADCASTING INC. TO MOTION SET CONSOLIDATED SUMMARY JUDGMENT BRIEFING SCHEDULE

Defendant CBS Broadcasting Inc. ("CBS") respectfully requests that this court set a consolidated briefing schedule for summary judgment motions in the above-referenced action. Specifically, CBS requests that the Court enter an order allowing CBS to submit on September 15, 2006 one filing that will include a cross motion for summary judgment along with an opposition to the motion for summary judgment filed by plaintiff on September 1, 2006. Such a consolidated schedule will avoid two separate summary judgment tracks and avoid the filing of multiple papers with overlapping arguments and issues. In support of this motion CBS states as follows:

1.   The Scheduling Order in this case provides that summary judgment motions shall be filed on or before September 8, 2006.

2.   On September 1, 2006, plaintiff filed and served on defendant a motion for partial summary judgment. Among other arguments raised by plaintiff in his motion for

1

summary judgment, two of the issues are whether the use of the photograph on which plaintiff asserts copyright infringement was a fair use under the Copyright Act, or whether the use of the photograph was otherwise protected under the First Amendment.

3. CBS intends to file a motion for summary judgment that will include (among other issues), the issues raised in plaintiff's motion, i.e., that the use of the photograph was fair use under the Copyright Act or was otherwise protected under the First Amendment.

4. Under the current schedule, the court will receive two complete sets of summary judgment briefs and opposition papers. CBS will file its own motion for summary judgment (to which plaintiff will have to respond), and then shortly thereafter file an opposition to plaintiff's summary judgment motion, despite that many of the arguments, facts and issues overlap.

5. In addition to the summary judgment briefing in this case, CBS states that it is also preparing its response to what it contends is a duplicative second action filed on July 28, 2006, against CBS by the same plaintiff related to the same transaction and occurrence. This action, entitled <u>Fitzgerald</u> v. <u>CBS Broadcasting Inc.</u>, was filed in the United States District Court for the District of Massachusetts, Civil Action No. 06-CV-11302-NG. This response is due by September 7, 2006.

6. CBS requests that the court enter an order consolidating the summary judgment briefing in the instant action to allow the issues to be addressed in one filing and in one memorandum of law. CBS proposes that it be allowed to file a cross motion for summary judgment and an opposition to plaintiff's motion for summary judgment on September 15, 2006.

7. Although the proposed schedule does not alter the timeline by which CBS must submit its opposition to plaintiff's motion for summary judgment and therefore no order is required, CBS files this motion because under the schedule it proposes the cross motion for summary judgment will be filed one week past the summary judgment motion deadline in the current scheduling order.

8. The proposed schedule presents a more efficient briefing protocol, allowing the issues to be addressed in one memorandum of law instead of two largely duplicative briefs submitted by the same party. In addition, any delay in the completion of briefing will be minimal as CBS does not request additional time to file its opposition to plaintiff's motion.

WHEREFORE, defendant CBS Broadcasting Inc. requests that the Court enter an order allowing CBS to submit a cross motion for summary judgment with its opposition to plaintiff's motion for summary judgment on or before September 15, 2006.

Respectfully submitted,

**CBS BROADCASTING INC.,**

By its attorneys,

/s/ Mary B. Murrane
Jonathan M. Albano, BBO#013850
Mary B. Murrane, BBO# 644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated: September 6, 2006

## Local Rule 7.1(A)(2) Certificate

I hereby certify that I have conferred with counsel for plaintiff in this action and attempted in good faith to resolve or narrow the issues raised in this motion.

                                                /s/ Mary B. Murrane
                                                Mary B. Murrane

## Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on September 6, 2006.

                                                /s/ Mary B. Murrane
                                                Mary B. Murrane