UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

CHRISTOPHER FITZGERALD,              )
                                     )
                        Plaintiff    )
                                     )        CIVIL ACTION NO.
v.                                   )
                                     )        04-CV-12138-NG
CBS BROADCASTING INC.,               )
                                     )
                        Defendant    )
---

## ASSENTED TO MOTION OF CBS BROADCASTING INC. TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE

Defendant CBS Broadcasting Inc. ("CBS"), with the assent of plaintiff, respectfully requests a three day modification to the summary judgment briefing schedule in this matter. Specifically, CBS requests that it be allowed to submit its summary judgment filing, which shall include CBS's Motion for Summary Judgment and its Opposition to Plaintiff's Motion for Partial Summary Judgment, on Wednesday, September 20, 2006. In support of this request, CBS states that the Court granted a motion to consolidate the briefing schedule such that both CBS's motion for summary judgment and its opposition to plaintiff's motion for summary judgment could be addressed in one memorandum filed fourteen (14) days after service of plaintiff's summary judgment motion. That consolidated filing from CBS is currently due on Friday, September 15, 2006. CBS requests a three-day extension of this deadline to

1

allow it to adequately address all the arguments in both its substantive motion and in its opposition to plaintiff's motion. Plaintiff has assented to this request.

WHEREFORE, defendant CBS Broadcasting Inc. requests that the Court enter an order allowing CBS to submit its cross motion for summary judgment with its opposition to plaintiff's motion for summary judgment on or before September 20, 2006.

Respectfully submitted,

**CBS BROADCASTING INC.,**

By its attorneys,

/s/ Mary B. Murrane
Jonathan M. Albano, BBO#013850
Mary B. Murrane, BBO# 644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated:  September 15, 2006

### Local Rule 7.1(A)(2) Certificate

I hereby certify that I have conferred with counsel for plaintiff in this action and he has assented to this motion.

/s/ Mary B. Murrane
Mary B. Murrane

### Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on September 15, 2006.

/s/ Mary B. Murrane
Mary B. Murrane

2