UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                                       )
                                       )
CHRISTOPHER FITZGERALD                 )
                       Plaintiff,      )
                                       )
          v.                           )    CIVIL ACTION
                                       )    NO. 04-CV-12138-NG
                                       )
CBS BROADCASTING INC.                  )
                       Defendant.      )
                                       )
_____)
```

**ASSENTED TO MOTION OF CBS BROADCASTING INC.
FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES**

Defendant CBS Broadcasting Inc. hereby requests leave to file one memorandum of law in excess of 20 pages in support of its Motion for Summary Judgment and in opposition to Plaintiff's Motion for Partial Summary Judgment. It is necessary to exceed the 20-page limit to present the relevant facts and legal arguments in a complete and coherent manner and to ensure that the Court adequately understands the issues raised by the motion of CBS Broadcasting Inc. for summary judgment as well as the basis for its opposition to Plaintiff's Motion for Partial Summary Judgment. Plaintiff has assented to this motion for leave.

WHEREFORE, CBS Broadcasting respectfully requests that the Court allow it leave to file the accompanying memorandum exceeding 20 pages, in support of its Motion for Summary Judgment and in opposition to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

CBS BROADCASTING INC.,

By its attorneys,

/s/ Mary B. Murrane
Jonathan M. Albano, BBO#013850
Mary B. Murrane, BBO# 644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated:  September 20, 2006

## Local Rule 7.1(A)(2) Certificate

I hereby certify that I have conferred with counsel for plaintiff in this action and he has assented to this request for leave to file a memorandum in excess of 20 pages.

/s/ Mary B. Murrane
Mary B. Murrane

## Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on September 20, 2006.

/s/ Mary B. Murrane
Mary B. Murrane