UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
                                    )
CHRISTOPHER FITZGERALD              )
                  Plaintiff,        )
                                    )
        v.                          )   CIVIL ACTION
                                    )   NO. 04-CV-12138-NG
                                    )
CBS BROADCASTING INC.               )
                  Defendant.        )
                                    )
_____)
```

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT CBS BROADCASTING INC.

Defendant CBS Broadcasting Inc. hereby moves for summary judgment, pursuant to Fed. R. Civ. P. 56, in favor of the defendant on the claims of plaintiff Christopher Fitzgerald ("Fitzgerald") in the above-captioned action. Because the Photograph at issue in plaintiff's copyright claim was fair use by the defendant for a news report of public concern, plaintiff's copyright claim fails as a matter of law. In further support, CBS Broadcasting Inc. relies upon its Memorandum of Law in Support of Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Partial Summary Judgment, the Affidavit of Mary B. Murrane and the Exhibits attached thereto, and the Rule 56.1 Statement of Undisputed Material Facts, all filed herewith.

WHEREFORE, Defendant CBS Broadcasting Inc. respectfully requests that the Court grant its motion for summary judgment and enter judgment in favor of defendant and dismissing plaintiff's complaint in its entirety.

Respectfully submitted,

CBS BROADCASTING INC.,

By its attorneys,

/s/ Mary B. Murrane
Jonathan M. Albano, BBO#013850
Mary B. Murrane, BBO# 644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated:  September 20, 2006

### Local Rule 7.1(A)(2) Certificate

I hereby certify that I have conferred with counsel for plaintiff in this action and attempted in good faith to resolve or narrow the issues raised in this motion.

/s/ Mary B. Murrane
Mary B. Murrane

### Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on September 20, 2006.

/s/ Mary B. Murrane
Mary B. Murrane