UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

)
)
CHRISTOPHER FITZGERALD            )
          Plaintiff,    )
)
    v.                          )    CIVIL ACTION
)    NO. 04-CV-12138-NG
)
CBS BROADCASTING INC.             )
          Defendant.    )
)

**CBS BROADCASTING INC.'S NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that defendant CBS Broadcasting Inc. has manually filed with the Court the following exhibit to be maintained in the case file in the Clerk's Office:

- A DVD containing a true and accurate copy of the CBS 4 Martorano sentencing news report from June 24, 2005 at 10:00 p.m.

This exhibit is identified as <u>Exhibit 6</u> to the Affidavit of Mary B. Murrane in Support of CBS Broadcasting Inc.'s Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Partial Summary Judgment, filed electronically with the Court on September 20, 2006.

LITDOCS/653209.1

Respectfully submitted,

CBS BROADCASTING INC.,

By its attorneys,

/s/ Mary B. Murrane
Jonathan M. Albano, BBO#013850
Mary B. Murrane, BBO# 644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated:  September 20, 2006

## Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on September 20, 2006.

/s/ Mary B. Murrane
Mary B. Murrane