UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
CHRISTOPHER FITZGERALD              )
                      Plaintiff,    )
                                    )
            v.                      )   CIVIL ACTION
                                    )   NO. 04-CV-12138-NG
                                    )
CBS BROADCASTING INC.               )
                      Defendant.    )
                                    )
_____ )

**AFFIDAVIT OF MARY B. MURRANE IN SUPPORT OF
CBS BROADCASTING INC.'S MOTION FOR SUMMARY JUDGMENT
AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

I, Mary B. Murrane, do hereby depose and say as follows:

1. I am an associate at Bingham McCutchen LLP, and counsel for defendant CBS Broadcasting Inc. in the above-captioned litigation.

2. A true and accurate copy of the Deposition of Christopher Fitzgerald dated July 20, 2006 is attached hereto as <u>Exhibit 1</u>.

3. A true and accurate copy of the Answers and Objections of CBS Broadcasting Inc. to Plaintiff's First Set of Interrogatories, dated July 25, 2005, is attached hereto as <u>Exhibit 2</u>.

4. A true and accurate copy of the Deposition of Jennifer Street dated July 19, 2006 ("Street Dep.") is attached hereto as <u>Exhibit 3</u>.

5. A true and accurate copy of the photograph of Stephen "The Rifleman" Flemmi on which plaintiff brings the above-captioned action (the "Photograph") is

attached hereto as Exhibit 4.

6. A true and accurate copy of the Government's Motion for Departure Pursuant to Section 5K1.1 of the United States Sentencing Guidelines, filed in United States v. Martorano, Criminal Action No. dated May 13, 2004 is attached hereto as Exhibit 5.

7. A DVD containing a true and accurate copy of the Martorano sentencing news report from June 24, 2005 at 10:00 p.m. is identified as Exhibit 6 to the Murrane Aff. and manually filed with the Court. The DVD was made from the defendant's archive copy of the 11:00 p.m. news program and edited to include only the relevant news report. On the archive copy, the Photograph has been blacked out by the station in light of Fitzgerald's complaints. There is no dispute that the Photograph appeared in the original broadcast in the spot and for the duration indicated on the DVD.

8. During discovery in this matter, plaintiff produced a document that was printed from a computer, which contained a screen capture of a video of the CBS 4 Martorano news report that was available through a link contained on the CBS 4 website. Street Deposition, Exhibit 26, and Street Dep. at 136:13-137:9. This document captures the moment in time the Photograph is displayed during that video of the CBS 4 Martorano sentencing news report. Id. A true and accurate copy of Exhibit 26 to the Deposition of Jennifer Street is attached hereto as Exhibit 7.

9. A true and accurate copy of the Ownership Report for Commercial Broadcast Stations filed by Viacom Inc. (n/k/a CBS Corp.) dated July 29, 2005 (without exhibits), is attached hereto at Exhibit 8.

10. A true and accurate copy of Exhibit 33 to the Deposition of Christopher

Fitzgerald dated July 20, 2006 is attached hereto as Exhibit 9.

11. A true and accurate copy of the second photograph Fitzgerald took of Flemmi on the same day and in rapid succession to the Photograph at issue in this litigation is attached hereto as Exhibit 10.

12. A true and accurate copy of the Stock Photography Contract dated March 16, 1998 between CBS News and Christopher Fitzgerald is attached hereto as Exhibit 11.

13. A true and accurate copy of the Answer of CBS Corporation filed in the United States District Court for the District of Massachusetts Civil Action No. 98-cv-11510-JLT, entitled Fitzgerald v. CBS Corporation, attached hereto as Exhibit 12.

14. A true and accurate copy of the Mutual Settlement and Release dated October 23, 1999, between CBS Corporation and Christopher Fitzgerald regarding Fitzgerald v. CBS Corporation, Civil Action No. 98-cv-11510-JLT, is attached hereto as Exhibit 13.

15. On September 14, 2006, I conducted a search in the Westlaw electronic legal database entitled "ALLCASES," which contains all federal and state court opinions, using the search term "stephen w/3 flemmi." The results of this search yielded 55 judicial opinions, which each made reference to the Stephen Flemmi of the Boston Mafia Winter Hill Gang.

16. On September 14, 2006, I conducted a search in the Westlaw legal database entitled "ALLNEWS" using the search terms "stephen w/3 flemmi & bulger," requesting articles from the past 10 years. The results of this search yielded well over 22,000 news reports.

17. On September 14, 2006, I conducted a search in the Westlaw legal

database entitled "ALLNEWS" using the search term "martorano" for June 25, 2006, the day after the sentencing hearing of John Martorano. The results of this search yielded articles from several newspapers within Massachusetts, as well as newspapers from North Carolina, Missouri, Oklahoma, and Florida.

18. On or about July 28, 2006, Fitzgerald filed a duplicative lawsuit against CBS Broadcasting, Inc. in the United States District Court for the District of Massachusetts, Civil Action No. 06-11302-NG, asserting a copyright claim related to use of the same Photograph during the same time period. The latter action purports to be based only on the alleged use of the Photograph by UPN 38 (like CBS 4, an asset owned by CBS Corp.). CBS has moved to dismiss this duplicative lawsuit as an impermissible attempt to recover double damages by claim splitting, which motion is currently pending.

19. In the instant action, Magistrate Collings stated in the Report of Alternative Dispute Resolution Provider (docket entry 14): "Further progress [on resolving the case] might be possible once a legal determination is made as to whether the case involves just one use or two uses (CBS 4 and Channel 38) of the copyrighted picture(s), since such a decision will determine the maximum statutory damages which can be awarded at trial."

Signed under the pains and penalties of perjury this 20th day of September, 2006.

/s/ Mary B. Murrane
Mary B. Murrane

LITDOCS/653206.1

5

## Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on September 20, 2006.

/s/ Mary B. Murrane
Mary B. Murrane