# EXHIBIT 4



(C) 1995 Christopher Fitzgerald