# EXHIBIT 6

*Exhibit 6 to the Affidavit of Mary B. Murrane is a DVD containing a true and accurate copy of the CBS 4 Martorano sentencing news report from June 24, 2005 at 10:00 p.m. This DVD was filed manually with the Court and is maintained in the Clerk's Office.*