# EXHIBIT 9


EXHIBIT 33
Fitzgerald
7-20-06 Amm

## Income and Usage History of Steven Flemmi Photographs
### (Dates are approximate)

$150.00: Boston Globe, Page 1, January 7, 1995

$75.00: Boston Globe file photo, Page A10 on June 7, 1997

$75.00: Boston Globe file photo, Page B6 on June 26, 1997

$800.00: America's Most Wanted broadcast on January 5, 1998

$75.00: Boston Globe file photo, Page A10 on January 8, 1998

$75.00: Boston Globe file photo, Page B3 on January 11, 1998

$1,300.00: Sixty Minutes TV broadcast on May 10, 1998

$175.00: American Lawyer Magazine license on May 17, 1998

$75.00: Boston Globe file photo, Page B8 on June 12, 1998

$75.00: Boston Globe file photo, Page A7 on July 20, 1998

$125.00: New York Times use, Page A7 on March 13, 1999

$100.00: New York Times second use, sometime in Spring, 1999

$5,000.00: Settlement on January 19, 2000 of infringement case against Boston Television station.

$1,600.00: Settlement on May 19, 2001 of infringement case against newspaper.

$15,000.00: Settlement on November 22, 1999 of infringement case against Boston Television Station & Network.

$10,000.00: Settlement on June 22, 2001 of infringement case against Boston Television Station

$150.00: Authorized re-use by UHF Boston Television Station on November 19, 2000.

$300.00: Authorized re-uses by Boston Herald on May 15, 2001 and July 9, 2001.

$21,000.00: Settlement on August 17, 2001 of infringement case against UHF Boston Television Station.

$150.00: Payment on August 30, 2001 for unauthorized re-use of the photo by Local Newspaper.

$6,000.00: Settlement on May 2, 2002 for infringement case against local Boston newspaper for posting of the photo on the internet.

$800.00: Authorized rebroadcast by Television Network. Contract date was June 14, 2003.

P. 10