# EXHIBIT 10



Copyright 1995 Christopher Fitzgerald

EXHIBIT 2 Shea R. Grogan 7/19/06