UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | No. 04-12138-NG |
| CBS BROADCASTING, INC., ) | |
| ) | |
| Defendant ) | |

**ASSENTED TO MOTION TO EXTEND TIME TO**
**DESIGNATE EXPERT WITNESS**

Plaintiff, Christopher Fitzgerald, moves this court to extend the time for Plaintiff to designate an expert witness up to and including October 20, 2006. As grounds for this Motion, Plaintiff says the parties have been diligently preparing and filing numerous Motions, Memoranda and other supporting documents in this action as well as in the related action of Fitzgerald v. CBS Corporation, C.A. 06-11302-NG, and Plaintiff needs a bit more time to designate an expert and prepare an expert report.

WHEREFORE, Plaintiff respectfully requests that the time for him to designate an expert be extended to October 20, 2006.

|  | CHRISTOPHER FITZGERALD, |
|---|---|
|  | By his attorney, |
|  |  |
|  | /s/ Andrew D. Epstein |
| September 22, 2006 | Andrew D. Epstein, Esq. (BBO #155-140) |
|  | Barker, Epstein & Loscocco |
|  | 10 Winthrop Square |
| **Defendant assents to this Motion:** | Boston, MA  02110 |
|  | (617) 482-4900 |
| /s/ Mary Murrane, Esquire |  |