UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

_____
                                )
CHRISTOPHER FITZGERALD,         )
                                )
                    Plaintiff   )
                                )   CIVIL ACTION NO.
v.                              )
                                )   No. 04-12138-NG
CBS BROADCASTING, INC.,         )
                                )
                    Defendant   )
_____)

## ASSENTED TO MOTION SUSTITUTE DEFENDANT

    Plaintiff moves to substitute CBS Corporation for the named Defendant, CBS Broadcasting, Inc. As grounds for this Motion, Plaintiff says that CBS Broadcasting, Inc. was identified on the website of CBS Corporation [www.CBS.com], and Plaintiff mistakenly assumed that CBS Broadcasting, Inc. was the corporate entity that owned the numerous CBS television stations including WBZ-TV [CBS 4 Boston – Channel 4]. According to Defendant's Corporate Disclosure Statement, the proper defendant should be CBS Corporation.

WHEREFORE, Plaintiff moves to substitute CBS Corporation for CBS Broadcasting, Inc.

|  |  |
|---|---|
|  | CHRISTOPHER FITZGERALD, |
|  | By his attorney, |
|  |  |
|  | /s/ Andrew D. Epstein |
|  | _____ |
| September 26, 2006 | Andrew D. Epstein, Esquire |
|  | BBO #155-140 |
|  | Barker, Epstein & Loscocco |
|  | 10 Winthrop Square |
|  | Boston, MA  02110 |
|  | (617) 482-4900 |
|  | FAX: (617) 426-5251 |

Defendant assents to this Motion:


/s/ Mary B. Murrane, Esquire

Mary B. Murrane, Esquire
Bingham McCutchen
150 Federal Street
Boston, MA 02110
(617) 951-8000