UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

_____
                                                            )
CHRISTOPHER FITZGERALD,           )
                                                            )
                                    Plaintiff        )
                                                            )        CIVIL ACTION NO.
v.                                                          )
                                                            )        No. 04-12138-NG
CBS BROADCASTING, INC.,             )
                                                            )
                                    Defendant     )
_____)

## PLAINTIFF'S AFFIDAVIT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This is a draft affidavit prepared for Plaintiff, Christopher Fitzgerald.  Plaintiff is presently in a remote section of Europe.  I prepared and sent this Affidavit to Fitzgerald by email several days ago.  I drafted the Affidavit from things in the record, and (without waiving the attorney/client privilege) from conversations I had with Fitzgerald and from my knowledge of professional photography gained from many years of representing commercial photographers. Fitzgerald did not expect to have ready access to a computer but he assured me he would check his email as often as he could.   As of October 4, 2006, I have not heard from Plaintiff.  Fitzgerald is not expected to return to the US until approximately October 20, 2006.  Unfortunately, I will be in Europe from October 20 through November 6, 2006.  I will file a signed, and if necessary, a corrected version of Fitzgerald's Affidavit in court as soon as possible upon my return to the US.

I, Christopher Fitzgerald, on oath depose and state as follows:

1.      I controlled and monitored the distribution of my Flemmi Photographs and I pursued every unauthorized use I was able to detect.

2.      When I took the Flemmi Photographs in 1995, I used my skill and experience as a photojournalist.   For example, I had to chose whether to use existing lighting conditions or auxiliary flash; I had to chose the location where I anticipated Flemmi would be escorted by the police; I had to decide what to include in each frame of the Photographs and what camera and lens combination to use to maximize the probability of getting a usable photograph.  While I was photographing Flemmi, he was a moving target and I had to walk backwards and I had only seconds to get clear focused shots.   Photojournalism is a combination of skill, experience, creativity, timing and luck.

3.      I refused to allow the a major national news service to distribute the Flemmi Photographs because I would have reduced my potential residual income from the Photographs to zero.

4.      As a photojournalist, I make part of my living by selling residual rights to my photographs, so that Channel 4's use of my Photograph directly impacted my income.

5.      Litigation is expensive, time-consuming, stressful and risky.  I had to meet with my attorney, review documents, answer interrogatories, assemble documents, write affidavits, attend depositions, read transcripts, pay legal fees and incur costs, all with the risk that there may be no recovery or that my recovery might be less than the amount of my attorney fees and costs.

Signed under the pains and penalties of perjury this ___ day of October 2006.

Awaiting signature – see above

_____
Christopher Fitzgerald

     This Affidavit was drafted from things in the record, and (without waiving the attorney/client privilege) from conversations I had with Fitzgerald and from my knowledge of professional photography gained from many years of representing commercial photographers.  I believe everything that is in this Affidavit is accurate to the best of my ability.

Christopher Fitzgerald
By his attorney,

/s/ Andrew D. Epstein

October 4, 2006

Andrew D. Epstein, Esquire
BBO #155-140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
(617) 482-4900
FAX: (617) 426-5251