UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CBS BROADCASTING, INC., ) <br> ) <br> Defendant ) | CIVIL ACTION NO. <br><br> No. 04-12138-NG |

**AFFIDAVIT OF ANDREW D. EPSTEIN IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Andrew D. Epstein, on oath depose and state as follows:

1.      I am counsel for Plaintiff, Christopher Fitzgerald, in the above Action.

2.      Fitzgerald is presently in a remote section of Europe.  I prepared and sent

an Affidavit to Fitzgerald by email several days ago.  The Affidavit was prepared by me

from the record, and (without waiving the attorney/client privilege) from conversations I

had with Fitzgerald and from my knowledge of professional photography gained from

many years of representing commercial photographers.  Fitzgerald did not expect to have

ready access to a computer but he promised to check his email as often as he could.  As

of October 4, 2006, I have not heard from Plaintiff.  Fitzgerald is not expected to return to

the US until approximately October 20, 2006.  Unfortunately, I will be in Europe from

October 20 through November 6, 2006. I will file a signed, and if necessary, a corrected version of Fitzgerald's Affidavit in court as soon as possible upon my return to the US.

3.    Attached as Exhibit A is a true and accurate copy of a portion of the CBS News Standards including the section on Fair Use that was produced by Defendant.

4.    Attached as Exhibit B is a true and accurate copy of a portion of the front page of the January 7, 1995 edition of the *Boston Globe*.

5.    Attached as Exhibit C is a true and accurate copy of the Flemmi Photograph that CBS management said it posted in 2004 in numerous places "throughout the station, including the library, the news room, every editing bay and the photographer's area instructing staff not to use the Photograph." The notation on the Photograph says, "Do Not Ever use this Photo of Steve Flemmi on WBZ or UPN Air." This document was produced by Defendant and has been reduced in size so that the notation is visible.

6.    Plaintiff was able to take two photographs of Flemmi. In one of the Flemmi Photographs, Flemmi is looking to the right [Exhibit 4 to Murrane Affidavit], and in the other photograph, Flemmi is looking to the left [Exhibit 10 to Murrane Affidavit].

7.    The Photograph of Flemmi looking to the left [Exhibit 10 to Murrane Affidavit] was first published on January 7, 1995 on the front page of the *Boston Globe*. WBZ-TV Channel 4 later published this image in a newscast in 1998 without Fitzgerald's permission. The CBS Television Network was licensed to both Flemmi Photographs on *60 Minutes* for limited purposes. The CBS Network used the Photograph of Flemmi looking to the right [Exhibit 4 to Murrane Affidavit] more times than the license allowed.

Both Photographs were the subject of Fitzgerald's claim against WBZ-TV and CBS in Fitzgerald v. CBS Corp., US District Court, District of Massachusetts, Docket Number 98-11510-JLT (the "1998 Action").

In June 2004, the Photograph of Flemmi looking to the right was used by WBZ-TV without Fitzgerald's permission, and it is the subject of the present Action. [See, Complaint.]

8.    At no time prior to when the parties signed the Mutual Settlement and Release of the 1998 Action, did Defendant disclose in the pleadings, discovery or otherwise, that WBZ-TV made an unauthorized copy of the *60 Minutes* program broadcast in 1998 and that a so-called "pitch reel" was made from this copy. One of Plaintiff's Flemmi Photographs appeared in both the *60 Minutes* tape and the pitch reel.

Signed under the pains and penalties of perjury this 4th day of October, 2006

/s/ Andrew D. Epstein
_____
Andrew D. Epstein



INTRODUCTION
TABLE OF CONTENTS

cbs news standards

EXHIBIT
28
Street
R. Grogan 7 / 19 / 06

EXHIBIT
A

cbs news standards

III-2

## FAIR USE

Copyrighted materials — motion pictures, commercials, photographs, amateur video — generally may not be used in producing a report without the copyright owner's consent, unless the "fair-use" doctrine is applicable. The concept of fair use is complicated and may be invoked only in limited circumstances. As a general rule, to meet the fair-use test, copyrighted footage must be directly relevant to a news story and the excerpt should be no longer than truly necessary for the news-reporting purpose involved. The use of such material must be discussed in advance with the executive producer or bureau chief. It must also be approved by the CBS News Business Affairs Department.

Each use of copyrighted material — including that used in promos, teases and headlines — must be brought to the attention of the CBS News Business Affairs Department.

Pursuant to a legal settlement, use of material from the Academy of Motion Picture Arts and Sciences — i.e., The Academy Awards — requires special permission and precise on-screen credit.

## COMMERCIALS

When using commercials in news reports, there are two questions to keep in mind: how is that commercial to be used in the report, and where was it obtained?

USAGE: Keep in mind that commercials are copyrighted property. To use a portion of a commercial, you must have permission from the company or the fair-use doctrine must be applicable. With

# The Boston Glob

## SATURDAY, JANUARY 7, 1995

# hunt reputed crime

### goes, legend

o those who have tried to infil-
rate his tight circle, a folk hero
o those like the guy at Sullivan's
remained at large yesterday,
acing a criminal charge for the
first time in 39 years.

The most elusive of Boston's
reputed gangland figures re-
mained on the loose, befitting his
egend and his uncanny ability to
nsulate himself while getting var-
ous law enforcement agencies to
fight with one another in their
pursuit, or protection, of him.

Yesterday, sources close to
the case against Bulger suggest-
d the South Boston native had
somehow learned of the impend-
ing indictment against him and

**BULGER, Page 20**



Trooper Brian Dunn leads alleged racketeer Stephen Flemmi from
the State Police Barracks in Framingham to a waiting vehicle.

### Federa
### on rack

By Shelley M:
GLOBE STA

Boston's two mo
gangland figures rem
last night on extortio
sources said authoriti
to hit them next week
ing federal indictment
of crimes, including
ning several decades.

A day after arr
(The Rifleman) Flemm
and federal agents
search yesterday for
Boston crime boss Ja
Bulger and reputed
Mafia boss Franci
Frank) Salemme.

The indictment:
Bulger, Salemme an
racketeering, build

EXHIBIT
B



Reduced in size to fit the page

EXHIBIT

C