UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CBS BROADCASTING, INC., ) <br> ) <br> Defendant ) <br> ) | CIVIL ACTION NO. <br><br> No. 04-12138-NG |

**RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS
SUBMITTED IN SUPPORT OF
<u>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Plaintiff submits this statement of undisputed material facts in support of his Motion for Partial Summary Judgment. Subject to Plaintiff's responses and objections, Plaintiff adopts Defendant's statement of undisputed facts submitted with Defendant's Motion for Summary Judgment.

1. Christopher Fitzgerald is and has been a professional freelance photographer for many years. [Fitzgerald Affidavit filed September 1, 2006, ¶ 1; ("Fitz. (9/1/06) ¶ 1").]

2. On January 6, 1995, Fitzgerald acting on a tip from the *Boston Globe* photographed Flemmi, who was being taken from the Framingham State Police barracks to an undisclosed location. Fitzgerald was able to take only two photographs

of Flemmi. Fitzgerald was the only photographer in Framingham at the time of Flemmi's transfer. [Fitz. (9/1/06) ¶ 2 & 3.]

3. On January 7, 1995, one of Fitzgerald's two photographs of Flemmi was published on the front page of the *Boston Globe*. (The Photograph of Flemmi looking to the left [Murrane Affidavit Exhibit 10; Fitz. (9/1/06) ¶ 4 and Epstein Affidavit of October 4, 2006, "Epstein (10/4/06)".]

4. Fitzgerald owns the copyrights to both photographs (the "Flemmi Photographs"). Both Photographs were registered with Copyright Office on February 10, 1998. [Fitz. (9/1/06) ¶ 5, Exhibits A & B to Plaintiff's Memo in Support of Partial Summary Judgment ("Sumy. J/d Memo"), and Complaint.]

5. To the best of Fitzgerald's knowledge and belief, the Flemmi Photographs are the best relatively recent images of Flemmi that are available for publication. Flemmi's official arrest photographs have apparently never been released by the authorities. [Fitz. (9/1/06) ¶ 6.]

6. The Flemmi Photographs have been used and published on numerous occasions both with Fitzgerald's permission and without his permission. Fitzgerald has aggressively pursued all claims for unauthorized uses of the Flemmi Photographs. [Fitz. (9/1/06) ¶ 7.]

7. To date, Fitzgerald has earned $4,350 in licensing fees for <u>authorized</u> uses of the Flemmi Photographs, and $58,600 in settlements for <u>unauthorized</u> uses, including a payment of $15,000 from CBS in 1999. [Fitz. (9/1/06) ¶ 7 and the Exhibit attached to the Affidavit.]

8. Fitzgerald owns a *rare* and valuable asset in the Flemmi Photographs and he has carefully monitored and controlled both photographs in order to prevent unauthorized uses and to preserve the continuing value of the Flemmi Photographs. [Fitz. (9/1/06) ¶ 16.]

9. In 1998, WBZ-TV, a CBS affiliate, used the Flemmi Photograph with Flemmi looking to the left in news broadcasts without Fitzgerald's permission. [Fitz. (9/1/06) ¶ 8; Epstein (10/4/06) ¶ 6; and Murrane Aff. Exhibit 10.]

10. Fitzgerald made a claim against WBZ-TV and later filed a lawsuit in this Court alleging copyright infringement for one of the Flemmi Photographs that was copied from the *Boston Globe* and broadcast it on Channel 4 on numerous occasions. [Fitz. (9/1/06) ¶ 9; see, Fitzgerald v. CBS Corporation, US District Court, District of Massachusetts, Docket Number 98-11510-JLT (the "1998 Action").]

11. In March 1998, while Fitzgerald's lawsuit against WBZ-TV was pending, the CBS television network in New York, contacted Fitzgerald to see if CBS could secure the right to use the Flemmi Photographs on *60 Minutes*, a nationally broadcast CBS television program. [Fitz. (9/1/06) ¶ 10.] Fitzgerald licensed CBS to use both of his Flemmi Photographs on *60 Minutes* each for "one single screen exposure." The licensing agreement says:

> 6. This contract does not grant CBS or its affiliates the permission to republish these photos on other television programs or in other media. Additional uses and re-broadcasts . . . would require further negotiation.

See Stock Photography Contract attached hereto as Exhibit C (Sumy. J/d Memo) and the Invoice attached as Exhibit D (Sumy. J/d Memo). [Fitz. (9/1/06) ¶ 11.]

12. In a letter to the producer of *60 Minutes* on March 18, 1998, Fitzgerald said,

> As a reminder, I would be grateful if you could include a copyright notice in the show credits. I am leery of other news organizations gleaning the photos without permission, especially since these are the only topical photos – still or video—that exist of Mr. Flemmi (at least to the best of my knowledge).

See Exhibit E (Sumy. J/d Memo). [Fitz. (9/1/06) ¶ 12.] CBS agreed to the limited usage of the Flemmi Photographs.

13.   When CBS broadcast the *60 Minutes* program with the story about Flemmi, Fitzgerald noticed that CBS used one of his Flemmi Photographs for a total of five single screen exposures, four exposures more than CBS was licensed to use the image. [Fitz. (9/1/06) ¶ 13.]

14.   Fitzgerald amended his Complaint in the 1998 Action and alleged the further infringement by CBS on *60 Minutes* of the Flemmi Photograph with Flemmi looking to the right. In November 1999, Fitzgerald and CBS settled this lawsuit for $15,000. [See, Mutual Settlement and Release attached as Exhibit F (Sumy. J/d Memo) and Fitz. (9/1/06) ¶ 14.]

15.   The Photograph of Flemmi looking to the left [Exhibit 10 to Murrane Affidavit] was first published on January 7, 1995 on the front page of the *Boston Globe*. WBZ-TV Channel 4 later published this image in a newscast in 1998 without Fitzgerald's permission. The CBS Television Network was licensed to both Flemmi Photographs on *60 Minutes* for limited purposes. The CBS Network used the Photograph of Flemmi looking to the right [Exhibit 4 to Murrane Affidavit] more times than the license allowed. Both Photographs were the subject of Fitzgerald's claim against WBZ-TV and CBS in the 1998 Action (See, the 1998 Action.)

In June 2004, the Photograph of Flemmi looking to the right was used by WBZ-TV without Fitzgerald's permission, and it is the subject of the present Action. [See, Complaint.]

16. WBZ-TV (now called "CBS 4 Boston" but referred to herein as "WBZ-TV") admits that it used one of the Flemmi Photographs on various news broadcasts on June 24 and June 25, 2004, as well as on certain other occasions, and it admits that the Photograph was posted on WBZ-TV's website. [Defendant's Answer to Complaint and Defendant's Answer to Interrogatory # 5, Exhibit G (Sumy. J/d Memo).] The present Action followed shortly thereafter.

17. CBS warranted in the Mutual Settlement and Release [Exhibit F (Sumy. J/d Memo)] that it was not aware "of any uses by the Defendant of the photographs at issue in the Lawsuit [the 1998 Action] other than those that have been disclosed in the pleadings filed and discovery conducted in the Lawsuit." [Exhibit F (Sumy. J/d Memo), ¶ 5.]

18. Ms. Street admitted that neither CBS nor WBZ-TV disclosed to Fitzgerald that WBZ-TV made a copy of the *60 Minutes* broadcast or that it made the pitch reel. [Street 118 (Sumy. J/d Memo) Exhibit H.]

19. If Fitzgerald knew that these tapes existed, he would have insisted that the WBZ-TV destroy these tapes as part of his settlement with CBS. [Fitz. (9/1/06) ¶ 17.] Either the undisclosed recording of the *60 Minutes* broadcast or the pitch reel were the source of the Photograph that was used by WBZ-TV in 2004. [Street Dep. 117-18; (Sumy. J/d Memo) Exhibit H.]

20.     At no time prior to when the parties signed the Mutual Settlement and Release of the 1998 Action, did Defendant disclose in the pleadings, discovery or otherwise, that WBZ-TV made an unauthorized copy of the *60 Minutes* program broadcast in 1998 and that a so-called "pitch reel" was made from this copy. One of Plaintiff's Flemmi Photographs appeared in both the *60 Minutes* tape and the pitch reel. [Street Dep. 117-18, (Sumy. J/d Memo) Exhibit H.]

21.     WBZ-TV kept both the off-air copy of the 1998 *60 Minutes* broadcast and the so-called "pitch reel" in the station's film library. The existence of these tapes, which CBS speculated were made shortly after the May 1998 broadcast of *60 Minutes* [Street Dep. p. 44. (Sumy. J/d Memo) Exhibit H], were not disclosed to Fitzgerald as part of the settlement of the 1998 Action as Fitzgerald maintains they should have been.

Respectfully submitted,
CHRISTOPHER FITZGERALD,
By his attorney,

/s/ Andrew D. Epstein

October 4, 2006

Andrew D. Epstein, Esquire
BBO #155-140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
(617) 482-4900
FAX: (617) 426-5251