UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
CHRISTOPHER FITZGERALD              )
                     Plaintiff,     )
                                    )
         v.                         )   CIVIL ACTION
                                    )   NO. 04-CV-12138-NG
                                    )
CBS BROADCASTING INC.               )
                     Defendant.     )
                                    )
_____ )

**AFFIDAVIT OF JONATHAN M. ALBANO IN RESPONSE
TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Jonathan M. Albano deposes and says:

1. I am partner in the law firm of Bingham McCutchen LLP, and counsel for defendant CBS Broadcasting Inc. in the above captioned case.

2. I also was counsel to the defendant in the case of Fitzgerald v. CBS Corporation, Civil Action No. 98-cv-11510-JLT (the "1998 Fitzgerald Suit").

3. Attached hereto as **Exhibit A** is a true copy of an August 5, 1999 letter sent to me by Andrew D. Epstein, Esq., counsel to the plaintiff in this action as well as in the 1998 Fitzgerald Suit.

4. Attached hereto as **Exhibit B** is a true copy of an August 11, 1999 letter Mr. Epstein sent to me concerning the 1998 Fitzgerald Suit.

5. Attached hereto as **Exhibit C** is a true copy of a portion of the *Boston Globe* dated June 26, 1997, obtained from the archives of the Boston Public Library, that

1

included a copy of the Flemmi photograph with Flemmi looking toward the right.

      6.     Attached hereto as **Exhibit D** is a true copy of a portion of the *Boston Globe* dated January 8, 1998, obtained from the archives of the Boston Public Library, that included a copy of the Flemmi photograph with Flemmi looking toward the right.

      7.     Attached hereto as **Exhibit E** is a true copy of a portion of the *Boston Globe* dated January 11, 1998, obtained from the archives of the Boston Public Library, that included a copy of the Flemmi photograph with Flemmi looking toward the right.

      8.     Attached hereto as **Exhibit F** is a true copy of a portion of the *Boston Globe* dated June 12, 1998, obtained from the archives of the Boston Public Library, that included a copy of the Flemmi photograph with Flemmi looking toward the right (a second page that contains an enlarged section of the article and the photograph is enclosed therewith).

      9.     Attached hereto as **Exhibit G** is a true copy of a portion of the *Boston Globe* dated July 20, 1998, obtained from the archives of the Boston Public Library, that included a copy of the Flemmi photograph with Flemmi looking toward the right.

      10.    Attached hereto as **Exhibit H** is a true copy of a portion of *The New York Times* dated March 13, 1999, obtained from the archives of the Boston Public Library, that included a copy of the Flemmi photograph with Flemmi looking toward the right.

      11.    Attached hereto as **Exhibit I** is a true copy of a portion of the *Boston Herald* dated July 9, 2001, obtained from the archives of the Boston Public Library, that included a copy of the Flemmi photograph with Flemmi looking toward the right.

Signed under the pains and penalties of perjury this 18th day of October, 2006.

                                                             /s/ Jonathan M. Albano
                                                             Jonathan M. Albano

## Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on October 18, 2006.

                                        /s/ Mary B. Murrane
                                        Mary B. Murrane