# EXHIBIT A



# Barker, Epstein & Loscocco
### Attorneys at Law
### 10 Winthrop Square
### Boston, Massachusetts 02110

(617) 482-4900
FAX: (617) 426-5251

Andrew D. Epstein
e-mail: Photolaw@aol.com
Web: http://www.photolaw.net

August 5, 1999

FAX: (617) 951 8736

Jonathan M. Albano, Esquire
Bingham Dana LLP

Re:   Christopher Fitzgerald v. CBS

Dear Jon:

I received your draft Mutual Release and Settlement. I have a number of problems with it. I am certainly willing to release WBZ-TV and CBS from the known uses of my client's photograph. This includes up to twelve uses on WBZ-TV and the several unauthorized uses by "60 Minutes." The settlement was structured by multiplying the number of unauthorized uses by an agreed licensing fee per use. I would be remiss if I had my client release WBZ and CBS from all uses, whether known or unknown.

I suggest that we would put in the recitals, the number and type of uses made by CBS, the number and type of uses by WBZ, and that we limit the release to the known uses as stated in the recitals. I also must insist that the release be given on the express condition that no further rights or licenses to use the photograph have been given by Christopher Fitzgerald or can be inferred from the language of the agreement.

I will not be in the office tomorrow, but I will be back in the office bright and early Monday morning. I think we should discuss this situation well in advance of the scheduled hearing before Judge Tauro.

Very truly yours,

Andrew D. Epstein

ADE/dw
cc: Christopher Fitzgerald