# EXHIBIT B

**Barker, Epstein & Loscocco**
Attorneys at Law
10 Winthrop Square
Boston, Massachusetts 02110

(617) 482-4900
FAX: (617) 426-5251

Andrew D. Epstein
e-mail: Photolaw@aol.com
Web: http://www.photolaw.net

August 11, 1999

FAX: (617) 951-8736

Jonathan M. Albano, Esquire
Bingham Dana LLP

Re:    Christopher Fitzgerald v. CBS

Dear Jon:

I have given some more thought to the language for the settlement agreement in the above action. I propose the following as a solution:

1.    Chris Fitzgerald will warrant and represent that he knows of no other uses by CBS/WBZ of his image other than the 12 uses by WBZ and the 4 additional uses by CBS that we have been discussing.

2.    CBS/WBZ will warrant and represent that it knows of no uses of the image other than the 12 images used by WBZ and the 4 additional uses by CBS.

3.    We will release CBS/WBZ from all uses of the photograph, known and unknown, up through and including July 29, 1998, which is the date of the filing of this action.

4.    In the unlikely event that any additional uses by CBS/WBZ are discovered to have occurred between July 29, 1998 and August 11, 1999, Chris Fitzgerald will be compensated for the use of these images at the rate of $675 per use on local or regional television stations and $1,300 for national and international use.

Jonathan M. Albano, Esquire
Bingham Dana LLP
August 11, 1999
Page 2.

5. Any infringements after August 11, 1999 will be subject to the usual claims and defenses.

6. CBS/WBZ will not have any further rights or licenses to use the photograph nor can such rights be inferred from the language of the agreement.

Please let me know if with these modifications we can draft an agreement that we both can live with.

Very truly yours,

Andrew D. Epstein

ADE/dw