**EXHIBIT D**

A18 THE BOSTON GLOBE • THURSDAY, JANUARY 8, 1998

# Aid given to FBI by Flemmi, Bulger is detailed in court

■ INFORMANTS
Continued from Page A1

Flemmi, ran criminal rackets with the Italian Mafia, most recently headed by Francis P. "Cadillac Frank" Salemme. Salemme is named in the indictment along with Flemmi, Bulger, Robert DeLuca and John Martorano.

Bulger fled just before his indictment – tipped off, Flemmi claims, by the FBI. He remains a fugitive.

When questioned by Assistant US Attorney James D. Herbert, Sarhatt – who retired from the FBI in August 1992 and now works as a private investigator – said that neither Flemmi nor Bulger were granted immunity or given authorization to commit crimes.

But Sarhatt's four hours of testimony, and the accompanying documents, shed light on the shadowy relationship between the FBI and two of its top-level informants.

Among the revelations:

■ Flemmi tipped off the FBI that the local Mafia was "seriously considering" murdering Suffolk County District Attorney Garrett Byrne and "possibly a judge" in the 1960s. The judge was not named in the document.

■ Flemmi also alerted the FBI to another Mafia plot – to assassinate US Attorney Paul Markham in the late 1960s. The plot never materialized.

■ In 1977, Bulger told the FBI that undercover agent Joseph Buchka was in danger because the criminals he was dealing with suspected he was an informant. According to a December 1980 report filed by Bulger's handler, John Connolly, Bulger personally intervened with the hitmen.

■ According to another Connolly report, Bulger warned the FBI that Irish mobsters in Charlestown suspected undercover agent Nicholas D. Gianturco was an informant, and were considering "taking him out." Gianturco is scheduled to testify at the hearing.

■ Shortly after the bloody burglary of Depositors Trust in Medford, Bulger was the first one to name the participants. He also fingered Joseph "Russo," the mobster who set up the San Francisco hit on Mafia informant Joseph Barboza Baron in 1976.

■ In the late 1970s, Flemmi provided information on three participants in the infamous Black Friars massacre, and on the 1979 murder of Texas federal Judge John H. Wood by Dallas gambler Charles Harrelson, father of actor Woody Harrelson.

Both Bulger and Flemmi, according to the documents, were key informants for the wiretap that brought down the Angiulo crime family in the 1980s. Flemmi also was a key source of information on the gangland wars of the 1960s.

Shortly after taking over the Boston FBI office in the summer of 1980, Sarhatt said, he had misgivings about keeping Bulger as an informant after he received a complaint from the Massachusetts State Police. They believed the FBI had tipped off Bulger and Flemmi to a listening device officers had installed in a garage near North Station.

Bulger and Flemmi's Winter Hill gang and the Mafia used the garage



JAMES J. "WHITEY" BULGER
Remains a fugitive



STEPHEN J. FLEMMI
Says he was promised immunity

as a meeting place until shortly after the bug was put in. The meetings abruptly stopped.

"Bulger and Flemmi's roles as informants were apparently an open secret among local law enforcement, according to the report of an August 1980 meeting of Sarhatt's assistant and representatives from the State Police, Boston police and the Suffolk district attorney's office.

"It was apparent during the discussions that although unstated, everyone in the room was aware of the identity of the top informants of this office," the report said. "And at least on the part of the State Police, there is an extreme suspicion that our relationship with these two sources is questionable."

In late November 1980, Sarhatt said, he conducted a four-hour "administrative inquiry," meeting with Bulger, Connolly, and Connolly's supervisor, John Morris, in an East Boston hotel room. Sarhatt said he concluded that a State Police source had compromised the electronic surveillance, not the FBI.

Still, Sarhatt acknowledged that it was "most unusual" for a high-ranking official like him to meet with an informant.

He testified that he considered dropping Bulger as an informant and targeting him for prosecution, but Connolly and Jeremiah O'Sullivan – head of the New England Organized Crime Strike Force – convinced him that Bulger was too valuable to cut loose.

Bulger and Flemmi's FBI handlers warned each of them that their lives could be in danger, but both men shrugged it off, according to the documents.

"Both Bulger and Flemmi emphatically stated that no one in the underworld would believe they were informants," Connolly wrote in an October 1980 report. "And consequently, they were not concerned for their safety."

MACY'S INTERNATIONAL RUG GALLERY

# 60% off
## End-of-season rug clearance!

ORIENTAL AND AREA RUGS

• Thousands of selected handmade and machine-made rugs now at clearance prices
• Discontinued samples, colors and designs
• Hand-knotted and hand-crafted carpets from India, China and Pakistan; many one-of-a-kind
• Machine-made rugs from Italy, Belgium and America's foremost rug makers

Selection and quantity vary by store. Floor stock only. No special orders. Sizes 3'x5' to 9'x12'.
Orig.* $250-$5000 **Sale $75-$2000**

macy's