# EXHIBIT E

Case 1:04-cv-12138-NG  Document 46-6  Filed 10/18/2006  Page 1 of 2

THE BOSTON SUNDAY GLOBE • JANUARY 11, 1998

# Insurer backs off plan to cut discounts

By Bruce Mohl
GLOBE STAFF

Commerce Insurance, the company that started the price war in auto insurance 2½ years ago, discovered yesterday that it's not so easy calling a truce.

The Webster insurer had tried to scale back the price war this year by offering smaller discounts off the state-set rates. But yesterday, after studying the discount filings of its competitors, Commerce announced it was amending its earlier filing to sharply increase the discount offered to the state's best drivers. Instead of a 10 percent discount for drivers in the best classification, Step 9, Commerce said it will seek a 15 percent discount, a difference of about $40 on the average premium.

The surprise weekend move by the state's largest auto insurer is a strong indication that the discount mania that has saved Massachusetts drivers hundreds of millions of dollars on their auto insurance bills over the past couple of years may not be over yet. And competition, even in a business regulated entirely by the state, is still alive.

"We were concerned that we could lose market share," said Commerce spokesman Anthony Battista, explaining yesterday's discount change. "With this adjustment, we're confident that we can protect our market share."

Commerce launched the price war in auto insurance in late 1995 by announcing it would give a 10 percent discount off the state-set rate to anyone who joined the American Automobile Association. When Liberty Mutual Insurance of Boston responded by announcing it would give Step 9 and 10 drivers a 10 percent discount, Commerce matched it, and the war was on.

The discounts have meant major savings for most drivers, cutting their auto insurance bills by anywhere from 10 to 20 percent, or about $80 to $160 off the average premium. The discounts also helped Commerce increase its market share from about 15 percent in 1995 to more than 21 percent today.

But this year, after the state insurance commissioner cut rates for the fourth year in a row, Commerce and other insurers sent strong signals that discounts would begin to disappear. On Christmas Eve, Commerce announced that it was cutting its AAA discount from 10 to 6 percent. Last Thursday, the company said it would maintain its 10 percent discount for Step 9 drivers but cut the 10 percent discount for Step 10 drivers to 4 percent. The changes were expected to save Commerce $30 million this year.

Commerce announced its discount plans ahead of the rest of the industry, figuring its competitors would follow suit.

But on Friday, when the rest of the industry filed its discounting plans, not every company was scaling back. Metropolitan Property & Casualty of Warwick, R.I., announced it would continue its 10 percent discount for Step 9 and 10 drivers and its 10 percent discount

# The informant case's cast of characters

By Patricia Nealon
GLOBE STAFF

The ongoing case in federal court involving the FBI and its ties to gangster-informants features a cast of characters that includes a quartet of retired FBI agents, an equal number of gangsters, and one very famous fugitive.

The hearings before US District Judge Mark L. Wolf will determine whether wiretaps and bugs used to build a racketeering case against the region's premier mobs — the Somerville-based Winter Hill Gang and the local branch of the Mafia — were obtained legally, and whether Winter Hill leader Stephen J. "The Rifleman" Flemmi can be prosecuted at all.

Flemmi, a survivor of the 1960s gang wars who went on to lead the Irish mob along with his partner in crime, James J. "Whitey" Bulger, claims he was promised immunity from prosecution from the FBI in exchange for information he gave them on his Mafia rivals. Wolf must determine if any such contract existed.

Wolf must also decide whether three sets of wiretaps and bugs used to indict Flemmi, Bulger, New England Mafia boss Francis P. "Cadillac Frank" Salemme and three other men on extortion and racketeering charges in January 1995 were obtained legally.

Bulger fled before his indictment and remains a fugitive.

The sweeping indictment alleges that the Irish mob and the Italian Mafia ran the illegal rackets together as a "a joint criminal enterprise."

Defense lawyers claim that the judge who authorized the electronic surveillance should have been told that Bulger and Flemmi were FBI informants. They believe a judge might not have approved the bugs if he or she the judge knew there were high-level informants like Bulger and Flemmi who could have provided evidence instead.

Here are the major players in the case:

## FBI agents



**John Connolly**
Handled Bulger and Flemmi when they were informants. He left the FBI in 1990 and works as an executive for Boston Edison.

A native of South Boston who cultivated Bulger as an informant, Connolly is expected to invoke his Fifth Amendment right against self-incrimination when he is called to testify at the hearing. An internal Justice Department investigation last summer found no evidence that Connolly had committed any crimes during the period covered by the statute of limitations.



**John Morris**
Was in charge of the organized crime squad in the Boston office of the FBI during the 1980s. Many of Flemmi's most explosive allegations center on Morris. Flemmi claims he and Bulger once loaned Morris $5,000. Flemmi also claims that Morris is the one who gave him and Bulger permission to commit crimes short of murder. He is retired, but is expected to be called as a witness.

**Nicholas D. Gianturco**
Succeeded Connolly as one of Bulger's handlers and followed Connolly to Edison when he left the FBI. Bulger is reported to have warned the FBI that Irish gangsters in Charlestown suspected that Gianturco, who was working undercover, was an informant and planned to kill him.

**H. Paul Rico**
First recruited Flemmi as an informant in 1965 as the gang wars raged in Boston. He worked in the Boston office of the FBI from 1952 until 1970, when he transferred to the FBI office in Miami. He later retired from the FBI and went to work at World Jai Alai in Connecticut, whose owner was murdered in 1981; a now-dead informant implicated Bulger and Flemmi.

Rico took the stand Friday; his testimony will continue Tuesday.

GLOBE STAFF CHART / RICHARD SANCHEZ

## FBI targets and informants

**James J. "Whitey" Bulger, 68**
FUGITIVE MOB BOSS FROM SOUTH BOSTON

Was on his way home from a cross-country car trip in early January 1995 when he learned there was a federal warrant for his arrest. He decided to keep driving.

In the extortion and racketeering indictment, Bulger is charged with shaking down drug dealers and collecting weekly payoffs from bookmakers as head of the Winter Hill Gang.

Although not in the courtroom, Bulger is a constant presence in the proceedings, with repeated references to FBI documents detailing his two decades as an FBI informant.

**Stephen J. "The Rifleman" Flemmi, 62**
BULGER'S PARTNER AND ONE TIME CONSTANT COMPANION

Has been a focus of the proceedings since revealing last summer that he had been a sporadic FBI informant since the mid-1960s.

A series of affidavits submitted to the court by Flemmi has provided some of the most explosive allegations of the hearings, including claims that he and Bulger were given permission from the FBI to commit any crime short of murder, that they partied with agents and exchanged expensive gifts, and that he and Bulger were tipped off that they were about to be indicted.



**Francis P. "Cadillac Frank" Salemme, 64**
REPUTED HEAD OF THE NEW ENGLAND MAFIA

Rose to power after a series of convictions of Mafia leaders in the 1980s. He escaped death in June 1989 when he was shot in the chest and left leg while parking his black BMW outside a Saugus pancake house.

The botched hit was allegedly by a renegade Boston faction intent on wresting power from Raymond "Junior" Patriarca, who was grooming Salemme as his heir apparent. Last April, federal prosecutors returned a 40-count indictment against 15 Mob associates, including two men believed to have fired at Salemme.

Salemme fled before his indictment on the 1995 extortion and racketeering charges, but was captured seven months later in West Palm Beach, Fla.

**John V. Martorano**
REPUTEDLY A HIGH RANKING MEMBER OF THE WINTER HILL GANG

Will be tried separately from Flemmi, Salemme, and DeLuca, but is part of the pretrial proceedings because of overlapping legal issues.

In a May 1996 indictment, Martorano was also charged with taking part in a scheme to fix horse races in the 1970s. His brother, James, a Mafia captain, was named in the 1995 indictment brought against Flemmi and the others. He pleaded guilty late last year and faces 57 months in federal prison.

**Robert P. DeLuca, 52**
REPUTED MAFIA SOLDIER FROM LINCOLN, R.I.

Was charged in the January 1995 indictment with extortion, racketeering and conspiracy.

DeLuca was allegedly present at the famed 1989 Mafia induction ceremony in Medford that will become the focus in a later stage of the hearings.

# City calls on C to fund green

By Richard Chacón
GLOBE STAFF

With Boston's park space expected to expand dramatically over the next decade as a result of development projects such as the South Boston waterfront, the harbor islands and the Central Artery, there is an urgent need for Congress to revive a federal conservation fund.

That was the warning given by government officials and environmentalists at a conference yesterday sponsored by the mayor's office and held at the Boston Public Library in Copley Square.

The third annual "Sustainable Boston Conference" attracted about 250 people ranging from elected officials to private citizens who are trying to save a neighborhood pond in Brighton.

This year's theme, "Green for a Greener City," focused on ways to pressure the federal government to re-appropriate money for the Land and Water Conservation Fund.

The fund, established in 1964 with money primarily from gas and oil leases, has provided up to $900 million annually to protect open spaces such as the Cape Cod National Seashore.

It has also provided millions in state grants that have been disbursed for local projects to fund parks, bike paths and playgrounds.

But since 1980, Congress cut back on the money it pumped into the fund and over the last two years, state grants have been almost completely eliminated.

Boston has had only two projects



**Floor M** **SA** **Save 30%**

our regular low ret
*Selected Models, Subje
Not all styles available

Floor Models are expected to
Delivery available on a
Now Accepting Ameri

Furniture

506 Boston Tpke   383 Boylston St.
Rte. 9            Rte. 9
Shrewsbury, Ma.   Newton, Ma.
(508) 842-7373    (617) 928-0910
Hours: M-Sat 10-6 Hours: M-Sat 10-6
Th 10-8 Sun 12-6  Th 10-8 Sun 12-6