# EXHIBIT F

B8 • THE BOSTON GLOBE • FRIDAY, JUNE 12, 1998

# Weather | Friday, June 12, 1998



**TODAY**
Mostly cloudy skies will prevail with the chance of showers developing toward afternoon. Breezy and cool with southeast winds 15 to 25 m.p.h. and highs in the middle 60s. Cloudy with showers likely overnight. Lows 55 to 60.



**TOMORROW**
Periods of rain and showers can be expected with the chance of a rumble of thunder in the afternoon. Highs will be in the middle 60s with southeast winds 10 to 20 m.p.h. Cloudy with scattered showers overnight. Lows near 60.

**SUNDAY**
Mostly cloudy skies will continue, with periods of rain and showers likely. A few scattered thunderstorms are possible in the afternoon. Highs will be in the upper 60s to near 70. Mostly cloudy with the chance of showers overnight. Lows in the 60s.

*[Weather maps, regional forecasts, tides, climate data, national cities forecast, world forecast, and US travelers' forecast tables]*

---

# FBI was aware of crimes by informants, ex-supervisor testifies

**By Patricia Nealon**
GLOBE STAFF

The former supervisor in charge of the organized crime squad in the Boston office of the FBI testified yesterday that he knew gangster-informants James "Whitey" Bulger and Stephen Flemmi were committing crimes while providing information to the bureau.

But the supervisor, James Ring, told his agents not to ask him for formal permission to allow Bulger and Flemmi's crimes – including loan-sharking, gambling and shaking down drug dealers – because the process was "impractical." As a result, it was never documented.

"I wasn't going to get involved in authorizing criminal activity and in seeking authorization," Ring said. "I wasn't going to do it. It's a discussion I had with both agents very, very early on.

"I didn't care what the guidelines said I could do. At the level we were dealing with, I thought it was impractical and I wasn't going to do it," Ring said.

Nonetheless, agents, including Bulger and Flemmi's handler, John Connolly, filed reports each year that said they had explained to informants the rules governing their contact – including the fact that their relationship did not, not shield them from arrest or prosecution unless their crimes were "justified by the supervisor or special agent in charge."

Whether Bulger and Flemmi had permission to commit crimes is at the heart of the hearing before Judge Mark L. Wolf.

Wolf must weigh Flemmi's claim that charges against him should be dismissed because he and Bulger were promised immunity from prosecution in exchange for information they provided to the FBI.

Flemmi, Bulger and several associates, including reputed New England Mafia boss Francis P. Salemme, were indicted on extortion and racketeering charges in January 1995, four years after the bureau ended its relationships with Bulger and Flemmi.

If the charges against Flemmi are dropped, it could derail the case against his codefendants.

In his sixth day on the witness stand, Ring, like other witnesses before him, testified that he knew Bulger and Flemmi were involved in crimes but never prosecuted while working as informants. Still, Ring testified that he had told Bulger and Flemmi they did not have the bureau's permission.

"I told them, 'If you're doing anything, you're doing it on your own,'" Ring testified.

Also yesterday, Ring said the around FBI he ordered Connolly to meet with Bulger and Flemmi in his hotel in South Boston anytime...

---

# Brothers' lives linked within fabric of the city

**■ BROTHERS**
Continued from Page A1

North End, and Somerville's Winter Hill, where Whitey flexed his muscle, where "the less you knew," the better off you were, where silence was safer than courage, where a wisecrack could earn you a thrashing and a loose lip could get you killed.

"You step out of line, you get a beating. You do something real stupid, you disappear," was the way the South Boston resident described Bulger's sway over Southie.

But what makes the story so compelling is the other Bulger brother, the long-serving state Senate president, now president of the University of Massachusetts.

At the State House, Senator Bulger rose to a pinnacle of power and stayed there for 17 years, holding sway over the state's political world. He even charmed – some say co-opted – then governor William F. Weld, the Cambridge Brahmin who, as US attorney in the 1980s, had pursued both Bulger brothers.

During the same period, Whitey, working his FBI connections and striking fear into those who stood in his way, rose to the top of the Boston underworld. In Boston, the rise of the two men to the top of their respective worlds was seldom publicly discussed, at least in the early years.

Former Senate president John E. Powers, a native of Southie and a Bulger foe, found that remarkable.

"It's as if Al Capone's brother was president of the Illinois state Senate, and everybody pretended not to notice," Powers once remarked.

Through it all, the South Boston code of loyalty ruled like a mob oath.

Several years ago, when an influential Whitey first fled from the feds, a reporter caught the Senate president at his office door to ask if he had heard from his brother and if he would urge Whitey to turn himself in. Bulger's answer was a series of syllables: "Heh, heh, heh." Later, a longtime Bulger loyalist called to marvel at the stupidity of the question.

"If you knew anything about South Boston, you'd never even ask," he chided. "It's his brother. That's the last thing he'd ever do."

And indeed, in a 1988 Globe interview, the Senate president refused to disavow his brother in any way, saying he hadn't "created any distance," and adding that Whitey was "always welcome" at his home. Bulger even challenged an official federal report that identified his brother as an underworld figure, saying "there is much to admire" about his brother.

William Bulger has not commented on whether or not he knew his brother was an FBI informant whom FBI agents had turned to for help in busting the Italian mob. But new courtroom accounts suggest he had reason to suspect it.

According to FBI agent James Ring, one night in the mid-1980s, William Bulger dropped by the house of his next-door neighbors, the parents of Whitey associate Stephen Flemmi, while Whitey and Flemmi were there having dinner with fellow South Boston resident John Connolly, their FBI handler.

Still, just how much Bulger knew remains a mystery. His spokesman said yesterday Bulger would not comment on the matter.

Through the long reigns of the Bulger brothers, there were whispered questions about their mysterious relationship. Although unspoken, the relationship played on the minds of political leaders, some of whom thought William Bulger played ever so subtly on his brother's reputation, trading on the same fear that Whitey created in his rivals.

Back in 1974, during the controversy over busing, no less a figure than then Boston Mayor Kevin H. White wondered whether crossing William Bulger might bring a bullet from Whitey. Heading toward a late-night meeting at the senator's home, White worried that Bulger might be luring him to South Boston so Whitey could assassinate him. Or so he told Boston Magazine in 1992.

The former mayor also recounted to television interviewer Christopher Lydon a moment of paralyzing fear when the demons of his imagination stalked him in a dark, deserted South Boston parking lot in 1975.

Nothing happened. Yet White found himself terrified of who might come from the shadows. "I was fewer or more scared in my life," White said.

Others saw a similar steel in the two brothers.

William Bulger, they said, worked the legitimate side of the street, Whitey the illicit side. "What Whitey does with a gun, Billy does with a gavel," former House speaker George Keverian, a bitter Beacon Hill rival of the Senate president, once remarked.

While William Bulger ran the Senate and sat on the boards of the Boston Symphony Orchestra, the Massachusetts General Hospital, and the Boston Public Library, Whitey consolidated his hold on the rackets and the drug trade.

At the State House, legislator Bulger stoically endured the whispers and wisecracks. And though he seethed privately, for the most part he kept a curtain of silence over his relationship with his brother.

Still, there were cracks in the facade, times when his intervention on Whitey's behalf burst into the headlines.

The old South Boston tribal wars created one such embarrassment.

It erupted when Powers, the former Senate president who had gone on to become clerk of the Supreme Judicial Court for Suffolk County, began telling reporters that his salary had been frozen by the Senate after he removed Whitey's name from an obscure courthouse payroll.

FBI agent Connolly – a central character in the federal hearing – also created whispers among close Bulger observers with his frequent visits to William Bulger's Senate office. Sources say Connolly was discussed at political and social functions with William Bulger, leading some to suppose the Senate president had a line into the FBI.

As Senate president, Bulger gave the isolated neighborhood a clout few other enclaves have had. But even Southie had enough. When, in 1996, William M. Bulger Jr. tried to succeed his father as the district senator, he lost overwhelmingly.

"People were upset with Whitey," said one source. "It was a major factor in the kid's defeat. They had just had enough."

---

## Personal links

FBI agent James Ring's testimony Wednesday that he attended a dinner in 1983 or 1984 with James "Whitey" Bulger, Stephen "The Rifleman" Flemmi and John Connolly, at which William Bulger made an appearance, raised new questions about whether the former senate president's brother was an FBI mob informant.



**WILLIAM M. BULGER**
- State Senate president from 1978 to 1996
- President of the University of Massachusetts since 1996
- Knew John Connolly growing up in South Boston and was a mentor to him
- Attended dinner at home of Stephen Flemmi's parents in the mid-1980s that was also attended by Flemmi, Bulger's brother and their FBI handlers

**JAMES "WHITEY" BULGER**
- Older brother of UMass President William M. Bulger
- Joined Somerville's Winter Hill gang in the 1970s, where he met Stephen Flemmi
- Recruited to be FBI informant by special agent John Connolly around 1975
- Fugitive since January 1995, wanted on federal racketeering indictment



**STEPHEN "THE RIFLEMAN" FLEMMI**
- Grew up in Roxbury
- Member of the Winter Hill gang, where he met Whitey Bulger
- Was recruited to be an FBI informant in 1965
- Later handled by John Connolly, special agent in the FBI's Organized Crime Squad
- His mother lives across from William Bulger in South Boston



**JOHN CONNOLLY**
- Former FBI special agent
- Knew William Bulger growing up in South Boston
- Recruited Whitey Bulger to be FBI informant around 1975
- Inherited Stephen Flemmi as informant
- Now works as director of corporate relations for Boston Edison



**JOHN MORRIS**
- Former supervisor of the FBI's Organized Crime Squad from 1977 to 1983; headed the agency's White Collar Crime Squad from 1988 to 1992
- Supervised John Connolly in the Organized Crime Squad
- Attended dinners with Whitey Bulger and Stephen Flemmi, and accepted $7,000, cases of expensive wine and other gifts from the pair

GLOBE STAFF GRAPHIC

on must weigh Flemmi's claim charges against him, should be ssed because he and Bulger promised immunity from prosn in exchange for information provided to the FBI. lemmi, Bulger and several asso-

Flemmi.

[Else] charges carried it Flemmi are dropped, it could derail the case against his codefendants.

In his sixth day on the witness stand, Ring, like other witnesses before him, testified that he knew

I told them, 'If you're doing any[thing]' it Ring testified.

Also yesterday, Ring said that around 1985 he ordered Connolly not to meet with Bulger and Flemmi at his house in South Boston anymore.

## of the city

...achusetts General Hospital, ...he Boston Public Library, Whi- consolidated his hold on the ...ts and the drug trade.

...t the State House, legislator ...er stoically endured the whis- ...and wisecracks. And though he ...ied privately, for the most part ...pt a curtain of silence over his ...ionship with his brother.

...till, there were cracks in the fa- ...times when his intervention on ...ey's behalf burst into the head-...

...he old South Boston tribal wars ...ed one such embarrassment. ...erupted when Powers, the for- ...Senate president who had gone ... become clerk of the Supreme ...ial Court for Suffolk County, ...n telling reporters that his sala- ...ad been frozen by the Senate ...he removed Whitey's name ...an obscure courthouse payroll. ...BI agent Connolly – a central ...acter in the federal hearing – ...created whispers among close ...er observers with his frequent ... to William Bulger's Senate of-...Sources say Connolly was also ...at political and social functions ...William Bulger, leading some to ...ose the Senate president had a ...nto the FBI.

...s Senate president, Bulger gave ...isolated neighborhood a clout ...other enclaves have had. But ...Southie had enough. When, in ...William M. Bulger Jr. tried to ...ed his father as the district sen-...he lost overwhelmingly.

...People were upset with Whi-...said one source. "It was a ma-...actor in the kid's defeat. They ...just had enough."

## Personal links

FBI agent James Ring's testimony Wednesday that he attended a dinner in 1983 or 1984 with James "Whitey" Bulger, Stephen "The Rifleman" Flemmi and FBI agent John Connolly, at which William Bulger made an appearance, raised new questions about whether the former Senate president knew his brother was an FBI mob informant.



### WILLIAM M. BULGER
- State Senate president from 1978 to 1996.
- President of the University of Massachusetts since 1996.
- Knew **John Connolly** growing up in South Boston and was a mentor to him.
- Attended dinner at home of **Stephen Flemmi**'s parents in the mid-1980s that was also attended by Flemmi, Bulger's brother, and their FBI handlers.



### JAMES "WHITEY" BULGER
- Older brother of UMass President **William M. Bulger**.
- Joined Somerville's Winter Hill gang in the 1970s, where he met **Stephen Flemmi**.
- Recruited to be FBI informant by special agent **John Connolly** around 1975.
- Fugitive since January 1995, wanted on federal racketeering indictment.



### STEPHEN "THE RIFLEMAN" FLEMMI
- Grew up in Roxbury.
- Member of the Winter Hill gang, where he met **Whitey Bulger**.
- Was recruited to be an FBI informant in 1965.
- Later handled by **John Connolly**, special agent in the FBI's Organized Crime Squad.
- His mother lives across from **William Bulger** in South Boston.



### JOHN CONNOLLY
- Former FBI special agent.
- Knew **William Bulger** growing up in South Boston.
- Recruited **Whitey Bulger** to be FBI informant around 1975.
- Inherited **Stephen Flemmi** as informant.
- Now works as director of corporate relations for Boston Edison.



### JOHN MORRIS
- Former supervisor of the FBI's Organized Crime Squad from 1977 to 1983; headed the agency's White Collar Crime Squad from 1985 to 1992.
- Supervised **John Connolly** in the Organized Crime Squad.
- Attended dinners with **Whitey Bulger** and **Stephen Flemmi**, and accepted $7,000, cases of expensive wine and other gifts from the pair.

GLOBE STAFF GRAPHIC