# EXHIBIT H

# NATIONAL REPORT

The New York Times

SATURDAY, MARCH 13, 1999

## Pulaski County Journal

### A Virginia Town's Boom Is Not All It Hoped For

By MICHAEL JANOFSKY





DUBLIN, Va. — For rural Pulaski County, it was like a dream come true. Volvo, the automobile maker, decided last year to expand its truck-making plant here, a plan that would double the size of the work force to 2,500 and add an estimated 1,200 jobs in related businesses.

It was the sort of economic boom that county leaders had been striving for through an aggressive program of state and local tax incentives to attract new businesses. Not that Pulaski County was desperate for such growth.

Tucked into the southwestern corner of Virginia, the county stands out as a pocket of economic diversity. Rolling hills of farmland and forests surround busy factories that have made textiles, furniture and munitions for almost a century. But the more vigorous the growth, the better county officials have long believed.

Now, though, some of them, along with other county residents, are wondering whether an old saw — be careful what you wish for — might apply to them. While a plant expansion is something other rural counties love to contemplate, people in Pulaski County are grappling with the flip side of a dream come true.

Volvo's expansion is certain to increase the county's population, 34,000, planners say, leading some of its residents to question the possible ill effects on businesses, schools and the overall quality of life.

"On the whole, there is extremely good news here, with many more options locally so people don't have to leave the region to get good paying jobs," said David A. Cox, the county's superintendent of public schools. "But there are going to be some growing pains we have to deal with."

Last year, Virginia ranked as one of the leading states in new jobs with 90,000 and one of the lowest in unemployment, with a rate of 2.7 percent. State officials say so many technology companies have recently opened or expanded that they have openings in 25,000 positions.

Pulaski County lies in a region that reaped the economic parade only recently, largely through the state grants and tax incentives Volvo expanded in Pulaski, after the state offered a tax package worth $16 million over 10 years.

But the owners of other businesses worry that the Volvo expansion could hurt them by luring away their best workers. Jobs at the Volvo plant can pay more than $40,000 a year, a handsome income in a county where the Census Bureau puts the median value of a house at $51,400, well below the national median, $140,000.

The business owners are typically able to pay much less than Volvo and offer fewer benefits.

"I'm sure this is take people from us," said David B. Spangler, president and chief executive of Jefferson Mills, a textile plant that employs 130 people in the town of Pulaski. "They already have, and they'll take my younger and better people."

[... article continues ...]

## At Stake in a Messy Boston Trial: How to Handle Valuable Informers' Serious Crimes

Continued From Page 1




The Federal Bureau of Investigation is accused of protecting Stephen Flemmi, left, and James Bulger while they committed assorted crimes.

disclosure of the murky inner-workings of the F.B.I., this one seems to have them all beat.

The most commanding figure in the case, Mr. Bulger, is the black-sheep brother of the current president of the University of Massachusetts; he is also a convicted bank robber, a former inmate at Alcatraz and, prosecutors say, the sometime head of the closest thing to an Irish mob in Boston.

His associate, Mr. Flemmi, whose professional criminal résumé is similar, is in jail awaiting trial in the racketeering case, on charges including loan sharking, money laundering, witness tampering and attempted murder. But Mr. Bulger, known as Whitey, has been on the lam with thumb-nosing success for four years. He is a fit, 70-ish fugitive who, lament the authorities who have picked up his trail and lost it, passes easily as a harmless retiree and has been cruising blithely through the Sun Belt with his girlfriend.

[... article continues ...]

## Ray Flynn to Head Catholic Group With Conservative Roots

By GUSTAV NIEBUHR

Raymond L. Flynn, former Mayor of Boston and later Ambassador to the Vatican, said yesterday that he would become head of a national Roman Catholic political organization that was founded as a branch of the conservative Christian Coalition.

Mr. Flynn, a 59-year-old Democrat, described his appointment, to the national presidency of the nonpartisan Catholic Alliance, as part of a change that began when the group became independent of the Christian Coalition two years ago.

"I think they want a leadership that is more in tune, more focused on Catholic social teaching," he said in an interview.

Mr. Flynn said that under his leadership, which takes effect next Wednesday, the organization would encourage political participation and provide a voice for Catholics, especially "blue-collar, working-class" Catholics. "Our focus will be on solidarity with the poor, the needy and the immigrants," he said, adding that the organization would also continue to oppose abortion, particularly the late-term procedure that foes call partial-birth abortion.

[... article continues ...]