# EXHIBIT I

## g in the Quack Bay



STAFF PHOTO BY KUNI

...king advantage of yesterday's cool temperatures navigates through a flock of geese on the Esplanade in the Back Bay. Partly cloudy skies are expected today, ...ce of thunderstorms tonight. For full weather report, see Page 64.

# 'Rifleman' on firing line

## Flemmi in court tomorrow

By J.M. LAWRENCE

Reviled in prison and without protection from corrupt federal agents, Stephen "The Rifleman" Flemmi answers tomorrow in federal court to charges he murdered 10 people over the last 25 years.

"Ultimately he is going to be sentenced to a variety of life terms and get the death penalty," predicted Boston attorney Jeffrey A. Denner, who represents the family of alleged Bulger gang victim John McIntyre.

Flemmi's arraignment before a U.S. magistrate comes six years after federal authorities first delivered the landmark indictment which later exposed Flemmi's role as an FBI informant.

The indictment grew to a 111-page superceding document leveled this year in the government's quest to put a cap on the Bulger gang.

The charges sprouted similar indictments this year in Tulsa, Okla., and Miami courts, both states with the death penalty.

Representing Flemmi will be his new attorney, Assistant Federal Defender Charles P. McGinty.

McGinty just met the gangster recently, sources said. He could not be reached for comment.

The court ordered the Federal Defender's Office to take the case after Hub defense attorneys handpicked by federal judges turned down the job.

Unable to convince the courts to let him argue that his deal with the FBI gave him immunity, Flemmi faces a trial destined to rivet Boston perhaps as early as next year.

His expected reply of "not guilty" today to a host of charges, including instructing his brother to hide the gang's arsenal of guns, will set the stage for what one source called "a 1950s Kremlin-style show trial."

"The government can't appear to give him anything," the source said.

The witness list will include Flemmi's own son and the gang's hitman, Johnny Martorano, who has admitted to carrying out orders to kill more than 20 people for the Bulger gang.

But in the grand scheme, Flemmi's arraignment tomorrow is merely a blip, according to Denner.

The important moment will come when he is convicted and when the people who facilitated him, the individual FBI agents and their supervisors, are held accountable in the civil courts," said Denner, who has filed suit on behalf of the McIntyre clan.

A plea bargain for Flemmi, 66, is highly unlikely, sources said.

The government already allowed Flemmi in May to admit to racketeering charges which expedited the murder cases against him and allowed him to save some of his Back Bay properties from forfeiture.



FLEMMI: Faces arraignment on 10 murders.

One of Flemmi's former attorneys, Kenneth Fishman, who spent more than five years martialing the gangster's case against racketeering charges, expressed concern over Flemmi's lack of counsel while facing murder charges.

"That's nine months without a lawyer," Fishman noted.

During that time, Flemmi has spent many hours going over boxes and boxes of documents related to his case.

Of all Flemmi's alleged victims, the charges he murdered his two girlfriends, both age 26 when they were killed, have put the Bulger gang's crimes beyond the realm of gang warfare.

"The Davis family wants justice to the fullest extent of the law," said Robert Sinsheimer, who represents the family of Debra Davis, who disappeared 20 years ago.

Her family has "always been very appreciative of the hard work that the current administration (of the Boston FBI) put into this matter," Sinsheimer said. "But it's a bittersweet day for them and obviously it's the day they thought should have come a lot sooner."



