UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD,      )<br>                              )<br>            Plaintiff,         )<br>                              )   CIVIL ACTION NO.<br>v.                            )<br>                              )   04-CV-12138-NG<br>CBS BROADCASTING INC.,        )<br>                              )<br>            Defendant.        )<br>_____) | |

**MOTION OF CBS BROADCASTING INC.
FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT**

Defendant CBS Corp.[1] ("CBS") hereby requests leave to file a reply in support of its motion for summary judgment. As grounds for this motion CBS states as follows:

As grounds for and in support of this motion, Globe Specialty states as follows:

1. On September 1, 2006 plaintiff filed a motion for partial summary judgment.

2. On September 20, 2006 CBS filed its motion for summary judgment with a consolidated memorandum of law in support of CBS's motion and in opposition to plaintiff's motion for partial summary judgment.

---

[1] CBS Corp., *not* CBS Broadcasting Inc., was the owner of CBS 4 (also known as WBZ-TV) and WSBK-TV (previously known (and sometimes referred to by the parties) as UPN 38) and accordingly is the proper defendant in this action. Fitzgerald filed an assented to motion to substitute CBS Corp. as the named defendant, which motion is currently pending.

3. On October 4, 2006 plaintiff filed a memorandum in opposition to CBS's motion for summary judgment, a Statement of Undisputed Material Facts in Support of His Motion for Summary Judgment, and affidavits from plaintiff and plaintiff's counsel.

4. CBS requests leave to file the Reply Memorandum attached hereto as Exhibit 1 to respond to the arguments and facts presented in plaintiff's opposition, as well as the affidavits and statement of facts filed by plaintiff on October 4, 2006.

5. CBS believes that a reply memorandum will aid the Court in determining whether it is appropriate to grant its motion for summary judgment. Specifically, the Court will be better informed and in a better position to evaluate the arguments and issues presented in plaintiff's October 4, 2006 filings if it permits CBS to respond to those arguments in a reply memorandum.

WHEREFORE, CBS respectfully requests that the Court allow it leave to file the Reply Memorandum of CBS Broadcasting Inc. in Support of its Motion for Summary Judgment.

Respectfully submitted,

**CBS BROADCASTING INC.**,

By its attorneys,

/s/ Mary B. Murrane
Jonathan M. Albano, BBO#013850
Mary B. Murrane, BBO# 644448
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: October 18, 2006

## Local Rule 7.1(A)(2) Certificate

I hereby certify that I have conferred with counsel for plaintiff in this action and he did not assent to this request for leave to file a reply memorandum.

/s/ Mary B. Murrane
Mary B. Murrane

## Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on October 18, 2006.

/s/ Mary B. Murrane
Mary B. Murrane