# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 98 CV11510-JLT |
| ) | |
| CBS CORPORATION, ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT OF ANDREW D. EPSTEIN

I, Andrew D. Epstein on oath depose and state as follows:

1. As part of the automatic disclosure in this action, I received from the defendant two (2) video tapes, one of which included the broadcast of the 60 Minutes television program using the plaintiff's photograph of Stephen Flemmi.

2. I reviewed the tape on the evening of February 9, 1999 and I noticed that CBS used only one of the two Flemmi photographs that it was licensed to use. The photograph was used a total of five (5) times in the 60 Minutes' story, four (4) more single-screen exposures that were authorized by the stock photography contract dated March 16, 1998 between the plaintiff and the defendant.

Signed under the pains and penalties of perjury this 24th day of February, 1999.

I certify I have served a copy of the foregoing by-mail-hand-telecopier upon all counsel of record.

2/24/99
Date   ANDREW D. EPSTEIN, Esq.

Andrew D. Epstein, Esquire
BBO #155-140