UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CBS BROADCASTING, INC., ) <br> ) <br> Defendant ) | CIVIL ACTION NO. <br><br> No. 04-12138-NG |

**OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Christopher Fitzgerald, opposes Defendants motion to file a reply memorandum in support of its motion for summary judgment. Defendant has filed numerous memoranda including an oversized brief that is thirty-five pages in length, almost twice as long as is allowed, for what is a fairly simple case of copyright infringement of a single photograph. In addition, Plaintiff's counsel is scheduled to leave the country on Friday, October 20, 2006, for two and a half weeks. Plaintiff will not be able to address any of the issues raised by Defendant in its latest submission.

WHERFORE, Plaintiff respectfully opposes Defendant's request for leave to file another Memorandum. Every issue raised by Defendant should have been previously addressed by Defendant in one of its previous long memoranda.

|  |  |
|---|---|
|  | CHRISTOPHER FITZGERALD,<br>By his attorney, |
| October 18, 2006 | /s/ Andrew D. Epstein<br>Andrew D. Epstein, Esq. (BBO #155-140)<br>Barker, Epstein & Loscocco<br>10 Winthrop Square<br>Boston, MA  02110<br>(617) 482-4900 |