UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD,  )<br>)<br>Plaintiff  )<br>) | <br><br>CIVIL ACTION NO. |
| v.  )<br>) | No. 04-12138-NG |
| CBS BROADCASTING, INC.,  )<br>)<br>Defendant  )<br>) |  |

**PLAINTIFF'S AFFIDAVIT IN OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Christopher Fitzgerald, on oath depose and state as follows:

1. I carefully controlled and monitored the distribution of my Flemmi Photographs and I pursued every unauthorized use I was able to detect.

2. When I took the Flemmi Photographs in 1995, I used my skill and experience as a photojournalist. For example, I had to chose whether to use either existing lighting conditions or flash; I had to chose the location where I anticipated Flemmi would be escorted by the police; I had to decide what to include in each frame of the Photographs and what camera and lens combination to use to maximize the probability of getting a usable photograph. While I was photographing Flemmi, he was a moving target and I had to walk backwards and I had only seconds to get clear focused shots. Photojournalism is a combination of skill, experience, creativity, timing and luck.

      3.      I refused to allow the Associated Press to distribute the Flemmi Photographs because I would have reduced my potential residual income from the Photographs to zero.

      4.      As a photojournalist, I make part of my living by selling residual rights to my photographs, so that Channel 4's use of my Photograph directly impacted my income.

      5.      Litigation in not fun. It is expensive, time-consuming, stressful and risky. I had to meet with my attorney, review documents, answer interrogatories, assemble documents, write affidavits, attend depositions, read transcripts, pay legal fees and incur costs, all with the risk that there may be no recovery or that my recovery might be less than the amount of my attorney fees and costs.

Signed under the pains and penalties of perjury this 9th day of October 2006.

      /s/ Christopher Fitzgerald

      _____
      Christopher Fitzgerald

I, Andrew D. Epstein, on oath affirm that I have been authorized by email to sign the within affidavit on behalf of Christopher Fitzgerald.

Signed under the pains and penalties of perjury this 18th day of October 2006.

      /s/ Andrew D. Epstein

      _____
      Andrew D. Epstein