UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD,<br>    Plaintiff,<br><br>  v.<br><br>CBS BROADCASTING, INC.,<br>    Defendant. | Civ. Action No. 04cv12138-NG |
| CHRISTOPHER FITZGERALD,<br>    Plaintiff,<br><br>  v.<br><br>CBS BROADCASTING, INC.,<br>    Defendant. | Civ. Action No. 06cv11302-NG |

GERTNER, D.J.:

### ORDER OF CONSOLIDATION AND DISMISSAL

For the reasons stated in the accompanying Memorandum and Order, defendant's motion to dismiss in case number 06-11302-NG is hereby **GRANTED IN PART** (case number 04-12138-NG, document # 51). Plaintiff's claims for statutory damages in that case are hereby **DISMISSED,** and the **remaining claims CONSOLIDATED** with the claims in case number 04-12138-NG

**All future pleadings and submissions shall be filed only under the lead case number 04-12138-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

Date: June 22, 2007                         /s/ *Nancy Gertner*
                                                **NANCY GERTNER, U.S.D.C.**