UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHRISTOPHER FITZGERALD, | ) ) ) | |
| Plaintiff | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 04-CV-12138-NG |
| CBS CORP., | ) ) ) | |
| Defendant | ) ) | |

### CBS CORP.'S MOTION FOR ATTORNEY'S FEES

Defendant CBS Corp. ("CBS") [1] hereby moves, pursuant to Fed. R. Civ. P. 54(d)(2) and 17 U.S.C. §505, that the Court enter an order granting CBS's attorney's fees in the amount of $19,272.00 assessed against plaintiff Christopher Fitzgerald, based upon the dismissal of plaintiff's copyright claim against CBS in Christopher Fitzgerald v. CBS Broadcasting, Inc., Civil Action No. 06-11302-NG ("Fitzgerald II"). As grounds therefore, CBS relies upon its Memorandum of Law and the Affidavit of Mary B. Murrane submitted herewith.

---

[1] CBS Corp., not CBS Broadcasting Inc., was the owner of CBS 4 and UPN 38 during the relevant time period and accordingly is the proper defendant in this action. In the above-captioned action, plaintiff filed an assented-to motion to substitute CBS Corp. as the named defendant, which motion is currently pending.

A/72083030.1

                                     **Respectfully submitted,**

                                      **CBS CORP.** (named improperly herein as CBS Broadcasting, Inc.)**,**

                                       By its attorneys,

                                     /s/ Mary B. Murrane
                                    Jonathan M. Albano, BBO#013850
                                    Mary B. Murrane, BBO# 644448
                                    **BINGHAM MCCUTCHEN LLP**
                                    150 Federal Street
                                    Boston, MA  02110

Dated:  July 6, 2007                 (617) 951-8000


## Certificate of Compliance with Local Rule 7.1

     I hereby certify that I have conferred with counsel for plaintiff and attempted in good faith to resolve the issues herein, and that no resolution was reached.

                                                           /s/ Mary B. Murrane
                                                         Mary B. Murrane


## Certificate of Service

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on July 6, 2007.

                                                           /s/ Mary B. Murrane
                                                        Mary B. Murrane