UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHRISTOPHER FITZGERALD, | ) ) ) | |
| Plaintiff | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 04-CV-12138-NG |
| CBS CORP., | ) ) ) | |
| Defendant | ) ) | |

**AFFIDAVIT OF MARY B. MURRANE IN SUPPORT OF
CBS CORP.'S MOTION FOR ATTORNEY'S FEES**

I Mary B. Murrane do hereby depose and state as follows:

1. I am an associate with the law firm of Bingham McCutchen LLP, counsel for defendant CBS Corp. ("CBS"). I make this Affidavit in support of the CBS Corp.'s Motion for Attorney's Fees.

2. On October 12, 2004, plaintiff filed a lawsuit entitled Christopher Fitzgerald v. CBS Broadcasting, Inc., Civil Action No. 04-12138-NG ("Fitzgerald I").

3. During the litigation of Fitzgerald I, plaintiff maintained that because the Flemmi photograph at issue in his copyright claim against CBS was aired on both its CBS-4 and UPN-38 stations, he was entitled to two sets of statutory damages awards of $150,000 each, for a total of $300,000 in statutory damages. See, e.g., Docket No. 14 (March 8, 2006 Report of Mediator).

4. CBS rejected this claim for double damages, advising Fitzgerald that the two stations were owned by the same legal entity and that statutory damages under the copyright laws are calculated based on the number of copyrighted works and the number of infringers, not on the

number of incidents of infringement. See March 13, 2006 letter to plaintiff's counsel, a true and accurate copy of which is attached hereto as *Exhibit A*.

5. When plaintiff continued to press his claim for double statutory damages, CBS responded in writing with an offer of judgment explaining in more detail the factual and legal basis for its position that the copyright laws did not permit the double recovery sought by Fitzgerald. See March 16, 2006 letter to plaintiff's counsel, a true and accurate copy of which is attached hereto as *Exhibit B*, citing, inter alia, Venegas-Hernandez v. Sonolux Records, 370 F.3d 183, 194 (1st Cir. 2004).

6. After receipt of these two letters, Fitzgerald continued to press the claim. He first requested CBS to assent to a motion to amend the complaint in Fitzgerald I to expressly include a claim for double damages. CBS refused to assent to the motion because it believed any such amendment would be futile in light of the non-meritorious nature of the claim for double recovery.

7. Thereafter, on July 28, 2006, plaintiff filed the complaint in Christopher Fitzgerald v. CBS Broadcasting, Inc., Civil Action No. 06-11302-NG ("Fitzgerald II").

8. With respect to Fitzgerald II, CBS requests recovery of fees associated with review of the complaint, research for and drafting and filing a motion to dismiss, review of plaintiff's opposition, and preparation of a reply memorandum in support of the motion to dismiss.

9. CBS seeks recovery of attorney's fees in the amount of $19,272.00 related to the duplicative statutory damages copyright claim asserted against CBS in Fitzgerald II. The fee application seeks recovery of 5.1 hours for Jonathan M. Albano, the partner responsible for the case, and 47.7 hours for Mary B. Murrane, the associate who had primary responsibility for drafting the dismissal papers. A true and accurate copy of the time charges associated with these fees, in redacted form, is attached hereto as *Exhibit C*. The time entries on Exhibit C dated August 15, 2006

(MBM), August 16, 2006 (JMA), September 6, 2006 (MBM), and September 7, 2006 (MBM) include time and fees associated with litigation of <u>Fitzgerald</u> I as well as <u>Fitzgerald</u> II. Rather than allocate the fees shown in these entries between <u>Fitzgerald</u> I and <u>Fitzgerald</u> II, CBS eliminates these fees from its application and does not seek recovery for any of the fees associated with those particular time entries.

10. The $19,272.00 in requested fees are calculated on an hourly rate of $348 per hour for Ms. Murrane and $524 per hour for Mr. Albano. These rates are established annually by Bingham McCutchen's management committee and are believed to be competitive with firms of comparable size and experience. The rates also reflect a further discount of 20% applied in this case.

Signed under the pains and penalties of perjury this 6th day of July, 2007.

            /s/ Mary B. Murrane
            Mary B. Murrane

**Certificate of Service**

I hereby certify that this document, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants by First Class U.S. Mail on July 6, 2007.

            /s/ Mary B. Murrane
            Mary B. Murrane