UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | No. 04-12138-NG |
| CBS BROADCASTING, INC., ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Counsel for Plaintiff hereby certifies that he has conferred in good faith with Defendant's counsel on at least two occasions about the issues contained in Plaintiff's Motion to Compel Production and to permit Plaintiff to take two additional depositions after the time for discovery, but the Parties have not been able to narrow or resolve any of the issues relative thereto.

                  CHRISTOPHER FITZGERALD,
                  By his attorney,

                  s/ Andrew D. Epstein

September 7, 2007        Andrew D. Epstein, Esquire
                                      BBO #155-140
                                      Barker, Epstein & Loscocco
                                      10 Winthrop Square
                                      Boston, MA  02110
                                      (617) 482-4900
                                      FAX: (617) 426-5251