UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | No. 04-12138-NG |
| CBS BROADCASTING, INC., ) | |
| ) | |
| Defendant ) | |

**ASSENTED TO MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND PERMIT TAKING TWO ADDITIONAL DEPOSITIONS**

Plaintiff, Christopher Fitzgerald, moves for leave of court to file a reply brief in further support of his motion to compel discovery and to take depositions of additional key witnesses.

On Friday, September 28, 2007, Plaintiff conducted the long-awaited deposition of Eric Cox. The deposition of Mr. Cox was first noticed well within the discovery deadlines of this court but it was opposed by Defendant CBS. [Document 20] This court ultimately ordered the deposition on December 11, 2006. Because of various scheduling conflicts of the parties, the deposition was not conducted until last week. Plaintiff originally requested the deposition of both Mr. Cox and his immediate superior, Tom Janssen but, on Defendant's objection, this court permitted only the deposition of Eric Cox. The deposition was also delayed in part because the parties filed Cross-Motions for Summary Judgment which could have been dispositive of all issues in this action.

Plaintiff has established some very important information from Mr. Cox that will be useful in establishing that CBS acted in reckless disregard of Fitzgerald's copyright and that such behavior by management constituted the willful infringement of Plaintiff's Photograph of Flemmi.

Plaintiff believes that the reply brief will aid the court in deciding the Motion to Compel Discovery and to allow for Additional Depositions.

WHEREFORE, Plaintiff, Christopher Fitzgerald moves this court for leave to file a reply brief herein.

                                                  Christopher Fitzgerald,
By his attorney,

October 2, 2007                /s/ Andrew D. Epstein

_____
Andrew D. Epstein, Esquire
BBO #155-140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
(617) 482-4900
FAX: (617) 426-5251

Assented to:

/s Mary B. Murrane

_____
Mary B. Murrane, BBO# 644448
Bingham McCutchen
150 Federal Street
Boston, MA  02110
(617) 951-8000