UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD,<br><br>  Plaintiff<br><br>v.<br><br>CBS BROADCASTING, INC.,<br><br>  Defendant | CIVIL ACTION NO.<br><br>No. 04-12138-NG |

**AFFIDAVIT OF ANDREW D. EPSTEIN IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM OF OCTOBER 11, 2007**

I, Andrew D. Epstein, on oath depose and state as follows:

1. The summary of the testimony of Eric Cox as stated in Plaintiff's Reply Memorandum is true to the best of my knowledge and belief.

2. The substance of my conversations with Scott Erdman as stated in the Reply Memorandum are also true to the best of my knowledge and belief.

3. A true copy of the letter I received from Scott Erdman is attached hereto.

Signed under the pains and penalties of perjury this 11th day of October 2007.

s/ Andrew D. Epstein
_____
Andrew D. Epstein

**Main Identity**

| | |
|---|---|
| From: | "serdman5" <serdman5@comcast.net> |
| To: | "susannah davis" <ohsusannah17@comcast.net> |
| Cc: | "susannah davis" <ohsusannah17@comcast.net> |
| Sent: | Thursday, October 04, 2007 10:14 AM |
| Subject: | Fw: a little heavy my response to the lawyer |

----- Original Message -----
From: serdman5
To: andy dubrovsky
Cc: andy dubrovsky
Sent: Wednesday, October 03, 2007 9:55 AM
Subject: Fw: a little heavy

----- Original Message -----
From: serdman5
To: Drew
Cc: Drew
Sent: Tuesday, October 02, 2007 10:39 PM
Subject: a little heavy

drew
i think you could back off on the negative, i sound like a malcontent, i feel the very nature of tv news is frenetic and chaotic!!!!!!
you are constantly up against the clock!!!! putting together a news cast is by nature frantic and too a certain degree
disorganized, i think any news room in any major city is basically the same!!!!!!!!! facts have to be confirmed and are not always readily available, major elements sometimes are missing right up to air time, hence chaos and panic, crews are
racing to the scene, info comes in drips and drabs, live shots are being thrown together, much editing is done in the
field, people are pushed to the limit, both in house and out. i worked at WBZ for 27 years and developed many strong
friendships, many of those people are the finest people ive ever worked with, and many of those people are still there!!!!!!
i dont wish to burn bridges
                    thankyou
                        scott erdman

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.488 / Virus Database: 269.14.0/1046 - Release Date: 10/3/2007 10:08 AM

10/4/2007