UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FITZGERALD<br>                 Plaintiff,<br><br>           v.<br><br>CBS CORP.<br>                 Defendant. | CIVIL ACTION<br>NO. 04-CV-12138-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties by their respective counsel hereby stipulate that this action shall be dismissed with prejudice without costs to any party and with all rights of appeal waived.

| **CBS CORPORATION,** | **CHRISTOPHER FITZGERALD,** |
|---|---|
| By its attorneys, | By his attorney, |
| /s/ Mary B. Murrane | /s/ Andrew D. Epstein |
| Jonathan M. Albano, BBO#013850<br>jonathan.albano@bingham.com<br>Mary B. Murrane, BBO# 644448<br>mary.murrane@bingham.com<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8278 | Andrew D. Epstein, BBO#155140<br>photolaw@aol.com<br>**BARKER, EPSTEIN & LOSCOCCO**<br>10 Winthrop Square<br>Boston, MA 02110<br>617-482-4900 |

Dated: May 14, 2008

A/72536502.1

-2-

## CERTIFICATE OF SERVICE

      I, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 14, 2008.

                                                   /s/ Mary B. Murrane  
                                                     Mary B. Murrane

A/72536502.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER FITZGERALD )<br>　　　　　　　　　　　Plaintiff, )<br>　　　　v. )<br>　　　　　　　　　　　　　　　)<br>CBS CORP. )<br>　　　　　　　　　　　Defendant. ) | CIVIL ACTION<br>NO. 06-CV-11302-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties by their respective counsel hereby stipulate that this action shall be dismissed with prejudice without costs to any party and with all rights of appeal waived.

| **CBS CORPORATION,** | **CHRISTOPHER FITZGERALD,** |
|---|---|
| By its attorneys, | By his attorney, |
| /s/ Mary B. Murrane | /s/ Andrew D. Epstein |
| Jonathan M. Albano, BBO#013850<br>jonathan.albano@bingham.com<br>Mary B. Murrane, BBO# 644448<br>mary.murrane@bingham.com<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8278 | Andrew D. Epstein, BBO#155140<br>photolaw@aol.com<br>**BARKER, EPSTEIN & LOSCOCCO**<br>10 Winthrop Square<br>Boston, MA 02110<br>617-482-4900 |

Dated: May 14, 2008

A/72536502.1